TAYYABEH SHAJARIIZADI.
In pro per
9453 Charleville Bl.
Beverly Hills, CA  90212
Telephone: (310) 550-6333
Email: tilaizadi@yahoo.com

TAYYABEH SHAJARIIZADI,
an individual. in pro per

FILED

OCT 17 2023

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT – LOS ANGELES DIVISION

2:23-bk-10272-BR

Case No. ~~2:23-BK-10272-BR~~

TAYYABEH   SHAJARIIZADI. an individual.

Plaintiff,

v.

ELNAZ HOUSHMAND NAGASHAN. also
known as ELNAZ HOUSHMAND. an
individual. JOHN PRINGLE. SOLELY IN HIS
ROLE AS CHAPTER 7 BANKRUPTCY
TRUSTEE. ALL PERSONS UNKNOWN
CLAIMING ANY LEGAL OR EQUITABLE
RIGHT. TITLE. ESTATE. LIEN OR
INTEREST IN THE PROPERTY DESCRIBED
IN THE COMPLAINT ADVERSE TO
PLAINTIFF'S TITLE. OR ANY CLOUD
UPON PLAINTIFF'S TITLE THERETO. and
DOES 1-10, inclusive,

Defendants.

Chapter 7

Adversary No. TBD

COMPLAINT FOR:

(1) DECLARATORY RELIEF; and
(2) QUIET TITLE

Plaintiff files this complaint for declaratory relief and to quiet title in order to establish that

she, Plaintiff, is the legal title and equitable owner of 1624 S. Gramercy Place, Los Angeles, CA

90019 (the "Property") and the no other party. including the Debtor nor her Bankruptcy Estate have

an interest in the Property.

COMPLAINT

## PARTIES

1. Plaintiff Tayyabeh Shajariizadi ("Shajariizadi" or "Plaintiff") is an individual, residing in the County of Los Angeles, California.

2. Defendant Elnaz Houshmand Naghashan ("Houshmand") is an individual, residing and working in the County of Los Angeles, California. Houshmand is Shajariizadi's daughter.

3. Defendant John Pringle is the Chapter 7 Bankruptcy Trustee and represents the Chapter 7 Bankruptcy Estate of Houshmand.

4. The Defendants named herein as "All persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiffs' title, or any cloud upon Plaintiffs' title thereto," are precisely that — unknown persons claiming an interest adverse to Plaintiffs' titles as alleged herein, or asserting a cloud upon Plaintiff's title — and are sued herein pursuant to Code of Civil Procedure 762.060.

5. Plaintiffs are ignorant of the true names and capacities of Defendants sued herein as DOES 1 through 50, and therefore sue those Defendants by such fictitious names. Plaintiffs will amend this Complaint to allege their true names and capacities when ascertained. Plaintiffs are informed and believe that each of the fictitiously named Defendants claim some right, title or interest in the property or matters that are the subject of this Action, or that each of them is legally responsible in some manner for the events, occurrences and obligations alleged in this Complaint.

## VENUE

6. Venue is the United States Bankruptcy Court in the Central District where the Defendant Houshmand's Bankruptcy case is pending.

7. The Court has jurisdiction because it is a core proceeding and the claims and debts are associated with this Bankruptcy Case.

2

## FACTS COMMON TO ALL CAUSES OF ACTION

### BACKGROUND OF FACTS BETWEEN THE PARTIES

8. The underlying case at issue concerned a dispute between Shahrokh Mokhtarzadeh ("Mokhtarzadeh"), a former attorney for Defendant Houshmand.

9. For a period of time, Mokhtarzadeh represented Houshmand in a marital dissolution in the Los Angeles Superior Court, case no. BD593216, (Elnaz Houshmand Nagashan v. Amir Shahram Makoui) (the "Dissolution Case").

10. In that matter, Mokhtarzadeh represented Houshmand from approximately August 2015 through approximately May 2017.

11. At no time did Houshmand or Mokhtarzadeh ever execute any retainer agreement, nor any document of any kind, memorializing the terms of his representation, including the rate for his fees, his expenses, or terms whatsoever. There was simply an oral agreement between them as to his representation of Houshmand.

12. Additionally, Mokhtarzadeh stated to Houshmand at that time, the commencement of his representation, and numerous times throughout, that he would recover his fees from Houshmand's former husband.

13. Notwithstanding the foregoing, Houshmand and her ex-husband, Amir Shahram Mkoui, paid Mokhtarzadeh approximately one hundred thirty thousand dollars U.S. ($130,000.00), over the two (2) year period from 2015 through 2017, both via court orders as a result of Request for Orders to recover attorneys' fees from Houshmand's ex-husband, Makoui, and payments made directly by Houshmand to Mokhtarzadeh. Houshmand was then, and is still, employed as a hair stylist, and earned and still earns approximately one thousand dollars U.S. ($1,300.00) per month, and caring for an autistic child, and could never afford the fees that Mokhtarzadeh was charging for his services. She was able to afford some of these payments due to having received certain proceeds from her ex-husband prior to the dissolution of the marriage. Houshmand specifically stated this to Mohkhtarzadeh at that time, and throughout, and

Mokhtarzadeh responded repeatedly that he would pursue the abundance of his fees from her ex-husband Makoui through the court.

14. In May 2017, Mokhtarzadeh withdrew from that Dissolution Case, a month before trial. Prior to his withdrawal from that matter, Mokhtarzadeh had filed numerous Requests for Order with the court, and had been granted numerous sums. The total receipts in attorneys' fees, both from direct payments from Houshmand, and court-ordered sums derived from the ex-husband, Makoui, totaled one hundred and eighty-two thousand dollars U.S. ($182,000.00), of which fifty-two thousand dollars U.S. ($52,000.00) remained and remains uncollected from the ex-husband. Mokhtarzadeh claimed outstanding attorneys' fees totaling seven hundred and fourteen thousand dollars U.S. ($714,000.00). On February 8, 2017, Mokhtarzadeh's final Request for Order for Attorneys Fees was heard. That final Request for Order was denied by the court. At that hearing, the court stated its concerns regarding the "size of the attorneys' fees." The court then denied Plaintiff's final Request for Order due to these exorbitant fees, and apparent manufacturing of unnecessary and repetitive filings in that matter. The court's finding is *res judicata* (law of the case), and applied in that action on that very same issue. Plaintiff's further attempts to claim excessive and exorbitant attorneys' fees relating to that original Dissolution Case were barred by that doctrine.

15. As background, Houshmand's father, Iraj Houshmand Nagashan ("Iraj" herein), emigrated to the U.S. in mid-2016. In 2017, in an attempt to acquire a real property located at 1624 S. Gramercy Place, Los Angeles, CA 90019 (the "Property"), it was determined that he would require a signatory who was a U.S. citizen in good standing in order to qualify for the necessary loans. Houshmand, his daughter, agreed to sign the requisite loan and trust deed documents. On May 9, 2017, Houshmand executed the real property loans (two (2) loans totaling six hundred and twenty-five thousand dollars U.S. ($625,000.00)) and the trust deed documents on the Property, and title was placed in her name. Though the Property was purchased in Houshmand's name, all mortgage payments, initial down payments, tax payments, utilities, and any other expenses related to the Property were paid by Iraj. Iraj, additionally, compensated Houshmand by agreeing to pay her rent at her own apartment for a two (2) year

4

period, with payments totaling up to thirty-five thousand dollars U.S. ($35,000.00).

16. As part of their agreement, Iraj, requested that Houshmand form a corporation for the Property, which she did, Le Gramercy, LLC, and on June 1, 2017, via a quit claim, she placed the Property as an asset in that entity.

## PROBATE COURT ESTABLISHING PLAINTIFF IS RIGHTFUL OWNER OF PROPERTY

17. On June 24, 2019, Houshmand filed a Quit Claim Deed in order to convey the Property from Le Gramercy, LLC to Iraj per Iraj's request. This was appropriate, as Iraj had, in fact, bore all financial obligations with respect to the Property, and apart from signing the original loan and trust deed documents, Houshmand had not participated in being responsible for the Property in any way. At the time of this transfer there were no legal proceedings by Mokhtarzadeh against Houshmand. (Attached hereto as Exhibit 1, and incorporated herein by reference, is a true and correct copy of a chart created which sets forth payments made by Iraj for the mortgages on Gramercy as long as he could, during Covid, which were taken out of this bank account via automatic payments. The payments stopped after his death. This chart also evidences that Iraj paid Houshmand's rent.) (Also, attached hereto as Exhibit 2, and incorporated herein by reference, is a true and correct copy of Schedule C from Iraj's 2017 and 2018 tax returns which evidence that he paid the property taxes and mortgage on Gramercy.) Also a complete set of Iraj's bank statements have been subpoenaed and sent directly from the bank to the office of the Trustee.

18. When Houshmand's father, Iraj, passed away on October 24, 2019, the Property as one of his principle assets passed into Los Angeles County Probate Court.

19. On September 15, 2021, the Probate Court found that the Property was rightfully to be conveyed to Iraj's surviving spouse, Tayyebeh Shajariizadi ("Tayyebeh"), as marital community property. (Los Angeles County Probate Court case no. 21STPB02273) (Attached hereto as Exhibit 3, and incorporated herein by reference, is a true and correct copy of Probate Court Spousal Property Order dated September 15, 2021.) (Attached hereto as

Exhibit 4, and incorporated herein by reference, are true and correct copies of the title indicating Tayyebeh as the owner at that time.)

20. Tayyebeh then became the rightful owner of the Property, and retained ownership of the Property title, and she has remained the owner to the present date. Never was the issue of Houshmand's ownership of the Property raised. Houshmand simply retains bare legal title, but not actual title of the Property. In accordance with 11 U.S. code section 541(d), the Property is not an asset of the Bankruptcy Estate:

> "Property in which the debtor holds, as of the commencement of the case, only legal title and not an equitable interest, such as a mortgage secured by real property, or an interest in such a mortgage, sold by the debtor but as to which the debtor retains legal title to service or supervise the servicing of such mortgage or interest, becomes property of the estate under subsection (a)(1) or (2) of this section only to the extent of the debtor's legal title to such property, but not to the extent of any equitable interest in such property that the debtor does not hold."

21. That finding of the Probate court was *res judicata* of the case. Tayyebeh had been unable to make the required mortgage payments on the Property, and was notified by the bank, Union Bank, that foreclosure proceedings would commence unless these payments in arrears were made, and the account brought current.

22. On December 30, 2019, nearly a year after any involvement with the original Post-Dissolution Case, several years after that case was finalized, and nearly half a year after the transfer of the Property, Mokhtarzadeh commenced the legal proceeding against Houshmand for attorneys' fees, claiming open book account, account stated, *quantum meruit*/reasonable value of services provided, breach of contract, and common counts.

23. On April 17, 2020, Mokhtarzadeh filed the other legal proceeding, an action claiming fraudulent conveyance relating to the Property.

24. Mokhtarzadeh filed a *lis pendens* on the Property on October 1, 2020.

25. As set forth herein, there was absolutely no basis for either Mokhtarzadeh's complaint, or the *lis pendens*.

26. Mokhtarzadeh filed his claim for fraudulent conveyance on April 17, 2020. Notwithstanding the fact that there was no basis to file such an action, as the Property had no relation to any of the parties with respect to the fee dispute, as well as the fact that the Property was, in fact, in full possession of Houshmand at the time of his improper filing of a fraudulent conveyance claim, as fully set forth herein. Mokhtarzadeh alleged that Houshmand attempted to prevent collection of this debt by fraudulently conveying a real property, the Property, to Iraj, her father, to avoid any potential lien that may be applied to the Property, if no other assets were available to satisfy this debt, notwithstanding the fact that Houshmand transferred the Property almost half a year prior to any legal proceeding by Mokhtarzadeh against Houshmand.

27. Houshmand alleges that the transfer of the real property, the Property, to Iraj, was entirely whole and proper, as Houshmand had merely signed the original loan and trust deed documents, as a favor to her father, Iraj, who was not a U.S. citizen or resident, at the time of the original purchase, and she never made any payments relating to that Property, which obligations were borne solely by Iraj. Additionally, she was well compensated by Iraj, by his payment of her rental obligation at her apartment for a period of two (2) years and up to thirty-five thousand dollars U.S. ($35,000.00). Finally, at the time of that transfer, Mokhtarzadeh had no reason to belief any actions for recovery of any debt were forthcoming, as this was long before any actions by Mokhtarzadeh commenced. Therefore, it was wholly just and proper that Houshmand transferred the Property to her father.

28. In order to establish a claim for fraudulent conveyance, Mokhtarzadeh had to establish all of the following:

   (a) That Mokhtarzadeh had a right to payment from Houshmand;

   (b) That Houshmand transferred property/incurred an obligation to another party;

   (c) **That Houshmand did not receive a reasonably equivalent value in exchange for the transfer/obligation;**

   (d) **That Mokhtarzadeh's right to payment from Houshmand arose before Houshmand transferred property/incurred an obligation;**

   (e) That Houshmand was insolvent at that time or became insolvent as a result of the transfer or obligation;

(f) That Mokhtarzadeh was harmed; and

(g) That Houshmand's conduct was a substantial factor in causing Mokhtarzadeh harm. California Civ. Code section 3439.05.

29. Fraudulent conveyance is a variety of Constructive Fraud. There are two forms of constructive fraud under the Uniform Voidable Transactions Act. Civil Code section 3439.04 provides that a transfer is fraudulent if the debtor **did not receive reasonably equivalent consideration and either** "(1) Was engaged or about to engage in a business or a transaction for which the remaining assets of the debtor were unreasonably small in relation to the business or transaction; or (2) **Intended to incur, or believed or reasonably should have believed that he or she would incur, debts beyond his or her ability to pay as they became due.**" (*Mejia v. Reed* (2003) 31 Cal.4th 657, 669–670 [3 Cal.Rptr.3d 390, 74 P.3d 166].)

30. Mokhtarzadeh recorded the *lis pendens* on the Property without any basis, as a method of prejudgment attachment without having to meet the requirements of Code of Civil Procedure sections 483.010, et seq. Mokhtarzadeh's Complaint did not contain a real property claim. The only claim Mokhtarzadeh had presented to the Court was the improper fraudulent conveyance claim. A claim that seeks an interest in real property merely for the purpose of securing a money damage judgment does not support the recording of a *lis pendens*. *Campbell v. Superior Court* (2005) 132 Cal.App.4th 904, 912; *Urez Corp. v. Superior Court* (2nd App. Dist., 1987) 190 Cal.App.3d 1141, 1149:

> "A lis pendens may be filed by any party in an action who asserts a 'real property claim.' (Code of Civ. Proc. § 405.20.) [Footnote omitted.] Section 405.4 defines a '"Real property claim"' as 'the cause or causes of action in a pleading which would, if meritorious, affect . . . title to, or the right to possession of, specific real property. . . .' 'If the pleading filed by the claimant does not properly plead a real property claim, the lis pendens must be expunged upon motion under CCP 405.31.' [Citation.]
>
> "Section 405.30 allows the property owner to remove an improperly recorded lis pendens by bringing a motion to expunge. There are several statutory bases for

expungement of a lis pendens, including [that the] claimant's pleadings, on which the lis pendens is based, do not contain a real property claim. (See § 405.31.) [Footnote omitted.] Unlike most other motions, when a motion to expunge is brought, the burden is on the party opposing the motion to show the existence of a real property claim. (See § 405.30.)"

The *Kirkeby* court also discussed the law governing a trial court's determination of a motion to expunge under section 405.31 and the standard of review applicable on appeal:

"Section 405.31 provides: `In proceedings under this chapter, the court shall order the notice expunged if the court finds that the pleading on which the notice is based does not contain a real property claim.' In making this determination, the court must engage in a demurrer-like analysis. `Rather than analyzing whether the pleading states any claim at all, as on a general demurrer, the court must undertake the more limited analysis of whether the pleading states a real property claim.' [Citation.] Review `involves only a review of the adequacy of the pleading and normally should not involve evidence from either side, other than possibly that which may be judicially noticed as on a demurrer.' [Citation.] Therefore, review of an expungement order under section 405.31 is limited to whether a real property claim has been properly pled by the claimant. [Citation.]" (Kirkeby, supra, 33 Cal.4th at pp. 647-648, 15 Cal.Rptr.3d 805, 93 P.3d 395." (Emphasis added.)

31. Mokhrarzadeh's claim did not specifically set forth any claim referencing the Property. There is, therefore, no basis for a fraudulent conveyance claim, or a *lis pendens* thereon.

32. Finally, the Probate Court's finding that Tayyebeh was sole owner of the Property was *res judicata* of the case.

33. As a result of the Covid pandemic and Iraj's death on October 24, 2019, the mortgages on the Property had not been paid and Houshmand and Shajariizadi received a Default Notice and Notice of Intent to Foreclose and letter informing Houshmand and Shajariizadi that the mortgage on the Property was seriously delinquent. (Attached hereto as Exhibit 5, and incorporated herein by reference, are true and correct copies of the Default Notice and Notice

9

1. of Intent to Foreclose and letter from bank.)

2. 34. As of October 14, 2023, the mortgage was delinquent in the amount of $255,000.00.

3. 35. Houshmand received these notices because her name was on both loans, and these
   delinquencies had destroyed her credit rating.

4. 36. As a result of the delinquent mortgage payments in the amount of well over $255,000,
   Tayyebeh, who was and still is the legal owner of Gramercy, decided to sell the property.

5. 37. As a result of the attempted sale, the real estate company discovered that Mokhtarzadeh, on
   October 1, 2020, recorded a *lis pendens* on Gramercy.

6. 38. Due to the improper *lis pendens,* the Property was encumbered, and the sale could not
   proceed, on behalf of the current owner, Shajahriizadi.

7. 39. On June 8, 2022, Shajariizadi signed a quitclaim to convey the Property back, in bare legal
   title only, so that Houshmand could effectuate a loan modification through the bank. (Attached
   hereto as Exhibit 5, and incorporated herein by reference, is a true and correct copy of that Quit
   Claim dated June 8, 2022 and Exibit 6, is a true email from union bank request for the title
   property to be transferred from Shajariizadi to Houshmand to be qualified for loan
   modification)

## BANKRUPTCY CASE

40. Houshmand filed for Chapter 7 Bankruptcy (2:23-bk-10272-BR).

41. Houshmand, in her amended schedules, disclosed that she (Houshmand) holds no interest in
   the Gramercy Property, only bare legal title.

42. The Bankruptcy Court found that Houshmand cannot claim an exemption on the Property since
   she does not own the Property.

43. This Complaint is filed to remove Defendant Houshmand's name off of title since she has
   absolutely no interest in the Property.

44. This Complaint is filed to remove the Property from the Bankruptcy Estate since it does not
   belong to Defendant Houshmand and therefore not her Bankruptcy Estate either.

10

45. This Complaint seeks to quiet title and remove Defendant Houshmand and any cloud on title.

## FIRST CAUSE OF ACTION

### (Declaratory Relief As to All Defendants)

46. Plaintiff incorporates paragraphs 1 through 45, as though fully set forth herein.

47. Plaintiff alleges that the Property at issue is, in fact, owned in equity and by title by Plaintiff, and not by Defendant Houshmand, who only has bare legal title.

48. Plaintiff requests this Court declare, in accordance with 11 U.S. Code section 541(d), that Plaintiff is the rightful owner of the Property, and that the Property is not an asset of the Houshmand Chapter 7 Bankruptcy Estate.

## SECOND CAUSE OF ACTION

### (Quiet Title As to All Defendants)

49. Plaintiff incorporates paragraphs 1 through 48, as though fully set forth herein.

50. Defendants, Houshmand, and Chapter 7 Bankruptcy Trustee, and creditors, in the Bankruptcy Estate, Mokhtarzadeh, claim some right, title, or interest adverse to Plaintiff, as described herein, based on invalid ownership of the Property by Houshmand.

51. These adverse claims are without any basis in right, and are invalid, as set forth herein.

52. Plaintiff wishes a judgment quieting their title to the subject Property, as set forth herein, as of the date of this Complaint.

## PRAYER FOR RELIEF

### First Cause of Action (Declaratory Relief)

1. A Judgment that Plaintiff is the rightful owner of the Property, and that the Property is not an asset of the Houshmand Chapter 7 Bankruptcy Estate.

2. A Judgment that Defendant Houshmand has no interest in the Property and neither does her Bankruptcy Estate.

### Second Cause of Action (Quiet Title)

11

1.  A judgment quieting Houshmand's and any other creditor's title to the subject Property, as of the date of this Complaint.

2.  A judgment that Plaintiff is the rightful and sole owner of the Property.

3.  A judgment removing all other cloud on title and removing the Property from the Bankruptcy Estate.

Dated: October 13, 2023

Tayyabeh Shajariizadi, in pro per

12

# EXHIBIT 1

Tracing Chart of Payments for Down Payment, Payments of Mortgage and Rent

See Exhibit 1
Down payment Paid by Iraj Houshmand from Us Bank on May 3rd, 2017 in the amount of
$72483.67

Exhibit2
Sep 14, 2017 electronic withdrawal $4,369 for first mortgage payment
Sep 14, 2017 electronic withdrawal $3,228.50 paid for 2 months, second mortgage payment

Exihibit3
October 2nd, 2017 electronic withdrawal $4,369.70 for first mortgage payment
October 16, 2017 electronic withdrawal $1,574.88 for second Mortgage

Exhibit 4
Nov 1, 2017 electronic withdrawal $4,369.70 for first mortgage payment
Sep 15, 2017 electronic withdrawal $1,574.88 for Second mortgage payment

Exhibit 5
Dec 1, 2017 electronic withdrawal $4,369 for first mortgage payment

Exhibit 6
Dec 15, 2017 electronic withdrawal $1,574.88 for Second mortgage payment

Exhibit 7
Jan 2, 2018 electronic withdrawal $4,369.70 for first mortgage payment
Jan 16, 2018 electronic withdrawal $1574.88 for second mortgage payment

Exhibit 8
Feb 1, 2018 electronic withdrawal $4,369.70 for first mortgage payment
Feb 15, 2018 electronic withdrawal $1574.88 for second mortgage payment

Exhibit 9
March 1, 2018 electronic withdrawal $4,369.70 for first mortgage payment
March 15, 2018 electronic withdrawal $1574.88 for second mortgage payment

Exhibit 10
April 5, 2018 electronic withdrawal $4,369.70 for first mortgage payment
April 16, 2018 electronic withdrawal $1574.88 for second mortgage payment

Exhibit 11
May 2, 2018 electronic withdrawal $4,369.70 for first mortgage payment
May 15, 2018 electronic withdrawal $1574.88 for second mortgage payment

Exhibit 12
Jun 4, 2018 electronic withdrawal $4,369.70 for first mortgage payment
Jun 15, 2018 electronic withdrawal $1574.88 for second mortgage payment

Exhibit 12-1
Aug 2, 2018 electronic withdrawal $4,369.70 for first mortgage payment
Aug 15, 2018 electronic withdrawal $1574.88 for second mortgage payment

Exhibit 12-2
Sep 5, 2018 electronic withdrawal $4,378.95 for first mortgage payment

Exhibit 12-3
Nov 2, 2018 electronic withdrawal $4,378.95 for first mortgage payment
Nov 15, 2018 electronic withdrawal $1574.88 for second mortgage payment

Exhibit 12-4
May 1, 2019 electronic withdrawal $5043.65 for first mortgage payment
May 13, 2018 electronic withdrawal $1574.88 for second mortgage payment


Same facts until march of 2020 when pandemic hit and there were no funds in the account

Exhibit 13
Loan history

Exhibit 14
Pages 1-4 shows all the checks Iraj Houshmand paid for Elnaz's rent.  Based on the agreement
on Feb 04, 2017

# usbank.

**Uni-Statement**

Account Number

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

Statement Period:
Apr 22, 2017
Through
May 19, 2017

Page 1 of 1

0000709040 01 SP
IRAJ HOUSHMAND NADERSHSH
9453 CHARLEVILLE BLVD
BEVERLY HILLS CA 90212-3017

**To Contact U.S. Bank**

By Phone: 1-800-US BANKS
(1-800-872-2657)

Telecommunications Device
for the Deaf: 1-800-685-5065

Internet: usbank.com

## INFORMATION YOU SHOULD KNOW

Important changes are coming to your Online and Mobile Financial Services Agreement. Review the changes being made by clicking on the banner on your My Accounts page in Online Banking to learn more.

## EASY CHECKING

U.S. Bank National Association

Account Number            **Member FDIC**      -2718

### Account Summary

| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Apr 22 | $ | 109,399.22 | Number of Days in Statement Period | | 28 |
| Deposits / Credits | | 5,477.95 | Average Account Balance | $ | 71,643.91 |
| Other Withdrawals | | 72,483.67- | | | |
| Checks Paid | | 6,000.00- | | | |
| Ending Balance on May 19, 2017 | $ | 46,383.20 | | | |

### Deposits / Credits

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Apr 25 | Deposit | 8358727230 | $ | |
| May 2 | Deposit | 8359855036 | | |
| May 8 | Deposit | 3150852942 | | |
| | | Total Deposits / Credits | $ | |

### Other Withdrawals

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| May 3 | Wire Transfer Fee | 6000004977 | $ | 30.00- |
| May 3 | Wire Debit REF:000024  COMMONWEALTH BS BK  17050308920 | | | 72,453.67- |
| | BNF=ESCROW WORLD, INC.  1055 WILSHIRE BLVD, SUIT | | | |
| | | Total Other Withdrawals | $ | 72,483.67- |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount |
|---|---|---|---|
| 0158 | May 18 | 8953174543 | 6,000.00 |
| | | Conventional Checks Paid (1) | $  6,000.00- |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Apr 25 | 114,317.22 | May 3 | 43,426.55 | May 18 | 46,383.20 |
| May 2 | 115,910.22 | May 8 | 46,383.20 | | |

Balances only appear for days reflecting change

*Exhibit 1*



**Uni-Statement**

Account Number:

Statement Period:
Aug 22, 2017
through
Sep 22, 2017

Page 1 of 2

P.O. Box 1369
Saint Paul, Minnesota 55-01-0603

4450      TRN          S          2      ST01



000108248 01 SP    10848120451335 4 E
IRAJ HOUSHMAND NAGHASHAN
9453 CHARLEVILLE BLVD
BEVERLY HILLS CA 90212 3017

☎

By Phone:

To Contact U.S. Bank

1-800-US BANKS
(1-800-872-2657)

*U.S. Bank accepts Relay Calls*

Internet:                          usbank.com

## INFORMATION YOU SHOULD KNOW

Effective November 13, 2017, "Your Deposit Account Agreement" booklet and "Consumer Pricing Information" brochure include a number of updates and may affect your rights. As of Nov. 13, you may pick up copies at your local branch, view copies at usbank.com, or call 1-800-USBANKS (1-800-872-2657) for copies. Please see the Additional Information Section of this statement for the main updates that were made to "Your Deposit Account Agreement" booklet and "Consumer Pricing Information" brochure.

## U.S. BANK PLATINUM CHECKING

U.S. Bank National Association

Member FDIC

Account Number ▓▓▓-2718

### Account Summary

| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Aug 22 | $ | 26,449.43 | Annual Percentage Yield Earned | | 0.010043% |
| Deposits / Credits | | 54,800.39 | Interest Earned this Period | $ | 0.39 |
| Other Withdrawals | | 8,930.78 - | Interest Paid this Year | $ | 2.26 |
| Checks Paid | | 25,000.00 - | Number of Days in Statement Period | | 32 |
| **Ending Balance on Sep 22, 2017** | $ | **47,319.04** | | | |

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Sep 8 | Electronic Deposit | From CALHOUN CONNECTI | | $ | 4,800.00 |
| | REF=172490087a99010N00 | SENDER: S911687685 | | | |
| Sep 8 | Deposit | | 9257273270 | | 50,000.00 |
| Sep 22 | Interest Paid | | 2200000046 | | 0.39 |
| | | | **Total Deposits / Credits** | $ | **54,800.39** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Sep 14 | Electronic Withdrawal | To Georgia Banking | | | 3,228.60- ← |
| | REF=172560157374780N00 | 1582657635GBC Loans 1954500 | | | |
| Sep 14 | Electronic Withdrawal | To MORTGAGE PYMT - | | | 4,369.70- ← |
| | | 13624351320VENMUEHL444213357 | | | |
| | | ***** | | | |
| | | | **Total Other Withdrawals** | $ | **8,930.78-** |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 0145 | Sep 18 | 8082651539 | 10,000.00 | 0153 | Sep 19 | 8358917207 | 5,900.00 |
| 0150* | Sep 18 | 8057549736 | 4,100.00 | 0154 | Sep 7 | 8356672813 | 600.00 |
| 0152* | Sep 6 | 8657885296 | 2,000.00 | 0155 | Sep 20 | 8655143872 | 2,200.00 |

\* Gap in check sequence          Conventional Checks Paid (6)    $    25,000.00-

Exhibit 2

# US bank.

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

1800      TRN      0      3      27R1

**Uni-Statement**

Account Number

Statement Period:
Sep 23, 2017
through
Oct 23, 2017

Page 1 of 2



060187725 01 SP      1964912?1302623 E
926 J HOUSHMAND MAGHASHAN
9454 CHARLEVILLE BLVD
BEVERLY HILLS CA 90212-3017

☎        To Contact U.S. Bank

By Phone.         1-800-US BANKS
                  (1-800-872-2657)

U.S. Bank accepts Relay Calls

Internet:         usbank.com

## INFORMATION YOU SHOULD KNOW

Effective November 13, 2017, "Your Deposit Account Agreement" booklet and "Consumer Pricing Information" brochure
include a number of updates and may affect your rights. As of Nov. 13, you may pick up copies at your local branch, view copies
at usbank.com or call 1-800-USBANKS (1-800-872-2657) for copies. Please see the Additional Information Section of this
statement for the main updates that were made to "Your Deposit Account Agreement" booklet and "Consumer Pricing
Information" brochure.

## U.S. BANK PLATINUM CHECKING                                          Member FDIC

U.S. Bank National Association                          Account Number █████████2718

### Account Summary

| | | | | |
|---|---|---|---|---|
| Beginning Balance on Sep 23 | $ | 47,319.04 | Annual Percentage Yield Earned | 0.00992% |
| Deposits / Credits | | 4,800.32 | Interest Earned this Period    $ | 0.32 |
| Other Withdrawals | | 12,730.61- | Interest Paid this Year        $ | 2.58 |
| Checks Paid | | 19,500.00- | Number of Days in Statement Period | 31 |
| Ending Balance on Oct 23, 2017 | $ | 19,888.75 | | |

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Sep 26 | Electronic Deposit | From CALRHOUS CONNECT | $ | 4,800.00 |
| | REF=172710008140020N00 | SENDER | | |
| Oct 23 | Interest Paid | | 1300001322 | 0.32 |
| | | | Total Deposits / Credits  $ | |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Oct 12 | Electronic Withdrawal | From MORTGAGE PYMT - | $ | 4,369.70- |
| | REF=172720037799530N00 | DOVENMUEHL13624 5133 | | |
| Oct 18 | Electronic Withdrawal | From Georgia Banking | | 1,574.88- |
| | REF=172060134271030N00 | Mtg Pmt  061019975 | | |
| | | | Total Other Withdrawals  $ | 12,730.61- |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 0151 | Oct 10 | 8357223389 | 15,000.00 | 0159 | Oct 10 | 8451925320 | 400.00 |
| 0158* | Oct 18 | 8656232200 | 4,100.00 | | | | |

* Gap in check sequence              Conventional Checks Paid (3)  $ 19,500.00-

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Sep 26 | 52,119.04 | Oct 12 | 42,749.34 | Oct 18 | 33,315.34 |

*Exhibit 3*



P.O. Box 1800
Saint Paul, Minnesota 55101-0800

4E50      TSN      0      X    S101

Uni-Statement
Account Number

Statement Period:
Oct 24, 2017
through
Nov 21, 2017

Page 1 of 2



000096418 01 SP      I0948131720890A E
(943) HOUSHMAND NAGHASHAN
8467 CHARLEVILLE BLVD
BEVERLY HILLS CA 90212-3817

To Contact U.S. Bank

By Phone:                    1-800-US BANKS
                              (1-800-372-2657)

U.S. Bank accepts Relay Calls

Internet:                    usbank.com

## INFORMATION YOU SHOULD KNOW

Changes effective now for cash transactions

At U.S. Bank we are committed to doing our part to deter criminal activities related to money laundering. We are enhancing our level of security on cash transactions in order to meet regulatory guidelines. To comply with these requirements, we need to clearly identify all individuals making cash transactions at our branches.

Because of this requirement, we will require additional information from individuals who make cash transactions at the branch. Individuals who are not U.S. Bank accountholders will also be required to provide additional information, including individuals who present or receive cash on behalf of a business.

What may be required for a cash transaction? This additional information includes: full name, address, date of birth, Taxpayer Identification Number (of the individual), occupation and photo identification (driver's license or government issued ID). Once the necessary information is established in our system, only photo identification will be required for subsequent cash transactions. Please be ready to provide this information when asked. More information on these changes is available at www.usbank.com/cashtransactions. Thank you for your assistance.

## U.S. BANK PLATINUM CHECKING
U.S. Bank National Association                                                    Member FDIC

Account Number 1-573-0283-2718

### Account Summary

| | | | |
|---|---|---|---|
| Beginning Balance on Oct 24 | $ | Annual Percentage Yield Earned | 0.00986% |
| Deposits / Credits | | Interest Earned this Period | $ 0.15 |
| Other Withdrawals | 7,398.76- | Interest Paid this Year | $ 2.73 |
| | | Number of Days in Statement Period | 28 |
| Ending Balance on Nov 21, 2017 | $ 17,322.14 | | |

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Nov 3 | Electronic Deposit | From CALHOUN CONNECTI | | $ | |
| | REF=1730601124057726N00 | SENDER | | | |
| Nov 21 | Interest Paid | | 2100000848 | | 0.15 |
| | | | Total Deposits / Credits | $ | |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Nov 1 | Electronic Withdrawal | From MORTGAGE PYMT | | $ | 4,369.70- |
| | REF=1730400563276200N00 | DOVENMUEHL1302405412 | | | |
| Nov 15 | Electronic Withdrawal | From Georgia Banking | | | 1,574.68- |
| | REF=173130094780630N00 | Mtg Pmt  961019975 | | | |
| | | | Total Other Withdrawals | $ | 7,366.76- |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Nov 1 | 15,519.05 | Nov 3 | 20,519.05 | Nov 16 | 20,284.05 |

*EXhibit 2*

**US bank.**

**Uni-Statement**

Account Number

Statement Period
Nov 22, 2017
through
Dec 21, 2017

Page 1 of 2

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

4650        TFN        8        7        5591



900125130 01  SP        1084913656545445 E
RATHOUSE MAND MECHASHIRI
9453 CHARLEVILLE BLVD
BEVERLY HILLS CA 90212-3917

☎        To Contact U.S. Bank

By Phone:        1-800-US BANKS
                (1-800-872-2657)

U.S. Bank accepts Relay Calls

Internet:        usbank.com

## INFORMATION YOU SHOULD KNOW

**Changes effective now for cash transactions**

At U.S. Bank we are committed to doing our part to deter criminal activities related to money laundering. We are enhancing our level of security on cash transactions in order to meet regulatory guidelines. To comply with these requirements, we need to clearly identify all individuals making cash transactions at our branches.

Because of this requirement, we will require additional information from individuals who make cash transactions at the branch. Individuals who are not U.S. Bank accountholders will also be required to provide additional information, including individuals who present or receive cash on behalf of a business.

What may be required for a cash transaction? The additional information includes: full name, address, date of birth, Taxpayer Identification Number (for the individual), occupation and photo identification (driver's license or government issued ID). Once the necessary information is established in our system, only photo identification will be required for subsequent cash transactions. Please be ready to provide this information when asked. More information on these changes is available at www.usbank.com/cashtransactions. Thank you for your assistance.

Protecting your accounts is our highest priority. We have many safeguards in place to help ensure your accounts are secure. One of these is to close long-term inactive cards. If your U.S. Bank Visa Debit or ATM Card has not been used within the last 12 months, it may be closed. You will be notified at a later date in the event that your card will be closed. Please call us with any questions at 800-USBANKS (800-872-2657).

## U.S. BANK PLATINUM CHECKING

U.S. Bank National Association                                Account Number ████-2718        **Member FDIC**

### Account Summary

| | | |
|---|---|---|
| Beginning Balance on Nov 22 | $ 17,322.14 | |
| Deposits / Credits | 4,800.09 | |
| Other Withdrawals | 7,101.05- | |
| Checks Paid | 4,200.00- | |
| **Ending Balance on Dec 21, 2017** | **$ 6,821.18** | |

| | |
|---|---|
| Annual Percentage Yield Earned | 0.009729% |
| Interest Earned this Period  $ | 0.09 |
| Interest Paid this Year  $ | 2.82 |
| Number of Days in Statement Period | 30 |

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Dec  6 | Electronic Deposit | From CALHOUN CONNECT H | | $ | 4,800.00 |
| | REF=173909012829300N00 | SENDER   9941687665 | | | |
| Dec 21 | Interest Paid | | 2100000853 | | 0.09 |
| | | Total Deposits / Credits | | $ | **4,800.09** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Dec  1 | Electronic Withdrawal | From MORTGAGE PYMT | | $ | 4,369.70- |
| | REF=173340040371430N00 | DOVENMUEHL 13-14/0512 | | | |

*Exhibit 5*

 **bank**.

IRAJ HOUSHMAND NAGHASHAN
8472 CHARLEVILLE BLVD
BEVERLY HILLS CA 90212-3017

**Uni-Statement**
Account Number:

Statement Period:
Nov 22, 2017
through
Dec 21, 2017

Page 2 of 2

## U.S. BANK PLATINUM CHECKING                                      (CONTINUED)

U.S. Bank National Association                                     Account Number ███████ 2718

### Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Dec 15 | Electronic Withdrawal | From Gelonia Banking | | 1,574.38- ← |
| | REF=173480056519590N400 | Mtg Pmt  061019675 | | |
| | | | Total Other Withdrawals | $ 7,101.05- |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 0192 | Nov 27 | 8055442759 | 4,100.00 | 0193 | Dec 11 | 8057505471 | 4,100.00 |
| | | | | | Conventional Checks Paid (2) | $ | 8,200.00- |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Nov 27 | 13,222.14 | Dec 6 | 13,652.44 | Dec 15 | 6,921.09 |
| Dec 1 | 8,852.44 | Dec 11 | 9,513.44 | Dec 21 | 6,821.18 |

Balances only appear for days reflecting change.



*Exhibit 6*

 **bank.**

**Uni-Statement**

Account Number
. . . . . . . . 18
Statement Period:
Dec 22, 2017
through
Jan 23, 2018

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

Page 1 of 2



050157720 01 SP     S
IRAJ HOUSHMAND MAGHASHAN
9453 CHARLEVILLE BLVD
BEVERLY HILLS CA 90210-0017

To Contact U.S. Bank

By Phone:

1-800-US BANKS
(1-800-872-2657)

U.S. Bank accepts Relay Calls

Internet:                                            usbank.com

## INFORMATION YOU SHOULD KNOW

Protecting your accounts is our highest priority. We have many safeguards in place to help ensure your accounts are secure. One of these is to close long-term inactive cards. If your U.S. Bank Visa Debit or ATM Card has not been used within the last 12 months, it may be closed. You will be notified at a later date in the event that your card will be closed. Please call us with any questions at 800-USBANKS (800-872-2657).

Effective February 12, 2018 we are making a change to provide more timely information for our customers. If a transaction causes an overdraft, any Overdraft Paid Fee(s) or Overdraft Returned Fee(s) will now show on the account by 8 AM CT under normal circumstances rather than mid-day. This change will allow you to see the amount of fees on your available balance earlier in the day. For terms and conditions regarding overdrafts, please refer to the "Your Deposit Account Agreement" booklet and "Consumer Pricing Information" brochure.

## U.S. BANK PLATINUM CHECKING

U.S. Bank National Association

**Member FDIC**

Account Number ▇▇▇▇-2718

### Account Summary

| | | | | |
|---|---|---|---|---|
| Beginning Balance on Dec 22 | $ | 6,821.18 | Annual Percentage Yield Earned | 0.0098% |
| Deposits / Credits | | 8,800.05 | Interest Earned this Period | $ 0.05 |
| Other Withdrawals | | 6,421.21 - | Interest Paid this Year | $ 0.05 |
| Checks Paid | | 7,600.00 - | Number of Days in Statement Period | 33 |
| Ending Balance on Jan 23, 2018 | $ | 1,600.02 | | |

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Jan 3 | Electronic Deposit | | | |
| | REF=180030096584590N00 | | | |
| Jan 8 | Deposit | | 8150228702 | 4,000.00 |
| Jan 23 | Interest Paid | | 2500000893 | 0.05 |
| | | Total Deposits / Credits | $ | 8,800.05 |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Jan 2 | Electronic Withdrawal | From MORTGAGE PYMT | | 4,369.70 - |
| | REF=173630079574370N00 | DOVENMUEHL 1363435132 | | |
| Jan 16 | Electronic Withdrawal | From Georgia Banking | | 1,574.88 - |
| | REF=180120070224380N00 | Mtg Pmt   081019975 | | |
| | | Total Other Withdrawals | $ | 6,421.21 - |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount |
|---|---|---|---|
| 0195 | Jan 18 | 8358715723 | 4,100.00 |
| | Conventional Checks Paid (2) | $ | ▇▇▇▇▇ |

*Exhibit 7*



**Uni-Statement**

Account Number
...18

Statement Period:
Jan 24, 2018
through
Feb 22, 2018

Page 1 of 2

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

4096         TPS          8         N    5701

IRA ROUSSIMOFF NACHASHIAN
9463 CHARLEVILLE BLVD
BEVERLY HILLS CA 90212 3017



To Contact U.S. Bank

By Phone:        1-800-US BANKS
                 (1-800-872-2657)

U.S. Bank accepts Relay Calls

Internet:        usbank.com

## INFORMATION YOU SHOULD KNOW

Important changes are coming to your Online and Mobile Financial Services Agreement. Review the changes being made by clicking on the banner on your My Accounts page in Online Banking to learn more.

Effective February 12, 2018 we are making a change to provide more timely information for our customers. If a transaction causes an overdraft, and Overdraft Paid Fee(s), or Overdraft Returned Fee(s) will now show on the account by 6 AM CT under normal circumstances (other than midday). This change will allow you to see the impact of fees on your available balance earlier in the day. For terms and conditions regarding overdrafts, please refer to the "Your Deposit Account Agreement" booklet and "Consumer Pricing Information" brochure.

## U.S. BANK PLATINUM CHECKING

U.S. Bank National Association                                      Account Number _____ 2718    Member FDIC

### Account Summary

| | | | |
|---|---|---|---|
| Beginning Balance on Jan 24 | $ | Annual Percentage Yield Earned | 0.05070% |
| Deposits / Credits | | Interest Earned this Period $ | 0.04 |
| Other Withdrawals | | Interest Paid this Year $ | 0.09 |
| Checks Paid | | Number of Days in Statement Period | 30 |
| **Ending Balance on Feb 22, 2018** $ | | | |

### Deposits / Credits

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| Jan 30 | Mobile Banking Transfer | $ | |
| Feb 6 | Electronic Deposit REF=180380136494-90N00 | | |
| Feb 6 | Electronic Deposit REF=180380136494100N00 | | |
| Feb 8 | Electronic Deposit REF=180390024640620N00 | | |
| Feb 22 | Interest Paid | 2200090782 | 0.04 |
| | **Total Deposits / Credits** | $ | |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Feb 1 | Electronic Withdrawal REF=180910049441300N00 | From MORTGAGE PYMT - DOVENMUEHL1362435132 | $ | 4,369.70- |
| Feb 15 | Electronic Withdrawal REF=180450104726090N00 | From Georgia Banking Mtg Pmt  081013975 | | 1,574.68- |
| Feb 22 | Monthly Maintenance Fee | | | 17.95- |
| | | **Total Other Withdrawals** | $ | 5,975.52- |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount |
|---|---|---|---|
| 0106 | Feb 22 | 8963558359 | 3,722.00 |

*Exhibit 5*



**US bank.**

IRAJ HOUSHMAND NAGHASHAN
9453 CHARLEVILLE BLVD
BEVERLY HILLS CA 90212-3017

**Uni-Statement**
Account Number:
'18

Statement Period:
Feb 23, 2018
through
Mar 21, 2018

Page 2 of 2

## U.S. BANK PLATINUM CHECKING

U.S. Bank National Association

Account Number: xxxx-xxxx-2718    *FDIC*

### Account Summary

| | | |
|---|---|---|
| Beginning Balance on Feb 23 | $ | 6,002.54 |
| Deposits / Credits | | 35,000.07 |
| Other Withdrawals | | 6,025.43- |
| Checks Paid | | 7,000.00- |

| | | | |
|---|---|---|---|
| Annual Percentage Yield Earned | | | 0.00999% |
| Interest Earned this Period | $ | | 0.07 |
| Interest Paid this Year | $ | | 0.16 |
| Number of Days in Statement Period | | | 27 |

Ending Balance on Mar 21, 2018   $   28,977.13

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Mar 15 | Deposit | | | $ | |
| Mar 15 | | | | | |
| Mar 21 | Interest Paid | | | | |

Total Deposits / Credits   $

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Mar 1 | Electronic Withdrawal | From MORTGAGE PYMT - | | $ | 4,369.70- |
| | REF=1805901164071B0N00 | DOVENMUEHL 1362445132 | | | |
| Mar 15 | Wire Transfer Fee | | 1500001934 | | |
| Mar 16 | Electronic Withdrawal | From Georgia Banking | | | 1,574.88- |
| | REF=1807300043911B0N00 | Mtg Pmt  001919970 | | | |

Total Other Withdrawals   $   6,025.43-

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount |
|---|---|---|---|
| 6200 | | | |

Conventional Checks Paid (1)   $   7,000.00-

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Mar 1 | 632.84 | Mar 15 | | Mar 21 | |
| Mar 12 | 589.89 | Mar 19 | | | |

Balances only appear for days reflecting change.

*Exhibit 9*



**US bank.**

IRAJ HOUSHMAND NAGHASHAN
9455 CHARLEVILLE BLVD
BEVERLY HILLS CA 90212-1017

**Uni-Statement**
Account Number
18

Statement Period:
Mar 22, 2018
through
Apr 20, 2018

Page 2 of 2



## U.S. BANK PLATINUM CHECKING

U.S. Bank National Association                                          Account Number ████2718          *Member FDIC*

### Account Summary

| | | | | |
|---|---|---|---|---|
| Beginning Balance on Mar 22 | $ | 26,977.13 | Annual Percentage Yield Earned | 0.000975% |
| Deposits / Credits | | 6,233.27 | Interest Earned this Period $ | 0.17 |
| Other Withdrawals | | 5,944.58- | Interest Paid this Year $ | 0.23 |
| Checks Paid | | 16,350.00- | Number of Days in Statement Period | 30 |

Ending Balance on Apr 20, 2018 $       12,915.82

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Mar 29 | Electronic Deposit | | $ | |
| | REF=18098009526J1530N00 | | | |
| Apr 5 | Deposit | | | |
| Apr 20 | Interest Paid | | | |
| | | Total Deposits / Credits | $ | |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Apr 5 | Electronic Withdrawal | From UNION BANK | $ | 4,369.70- |
| | REF=18094010463071DN00 | ACH   9941234986 | | |
| Apr 16 | Electronic Withdrawal | From Georgia Banking | | 1,574.88- |
| | REF=18103009784590N00 | Mtg Pmt   061019975 | | |
| | | Total Other Withdrawals | $ | 5,944.58- |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 0199 | Mar 22 | 8952983755 | 4,175.00 | 0202 | Apr 20 | 9254298701 | 4,175.00 |
| 0201* | Apr 5 | 8956042911 | 8,000.00 | | | | |

* Gap in check sequence                                Conventional Checks Paid (3)    $    16,350.00-

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Mar 22 | 22,802.13 | Apr 5 | 19,665.53 | Apr 20 | 12,915.82 |
| Mar 29 | 27,902.13 | Apr 16 | 17,090.65 | | |

Balances only appear for days reflecting change.

*Exhibit 10*

 **US bank.**

IRAJ HOUSHMAND MAGHASHAH
8453 CHARLEVILLE BLVD
BEVERLY HILLS CA 90212 3617

Uni-Statement
Account Number
'18

Statement Period.
Apr 21, 2018
through
May 21, 2018



Page 2 of 2

## INFORMATION YOU SHOULD KNOW                                            (CONTINUED)

### U.S. BANK PLATINUM CHECKING
U.S. Bank National Association                                    Account Number        FDIC 2718

**Account Summary**

| | | | |
|---|---|---|---|
| Beginning Balance on Apr 21 | $ | 12,916.82 | Annual Percentage Yield Earned | 0.008835% |
| Deposits / Credits | | 6,000.07 | Interest Earned this Period | $ | 0.07 |
| Other Withdrawals | | 7,430.78- | Interest Paid this Year | $ | 0.40 |
| Checks Paid | | 6,317.00- | Number of Days in Statement Period | | 31 |
| Ending Balance on May 21, 2018 $ | | 5,168.11 | | |

### Deposits / Credits

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| Apr 23 | Deposit | 8053307322 | $ |
| May 1 | | | |
| May 21 | Interest Paid | 2120001392 | 0.07 |
| | Total Deposits / Credits | $ | |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| May 2 | Electronic Withdrawal | From UNION BANK | | 4,373.95- |
| | REF=181210162120343N00 | ACH  9941234986 | | |
| | | To Credit Card | | |
| May 15 | Electronic Withdrawal | From Georgia Banking | | 1,574.88- |
| | REF=181349154201680N00 | Mtg Pmt  061019975 | | |
| | | Total Other Withdrawals | $ | 7,430.78- |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 0203 | Apr 30 | 8056851068 | 2,142.00 | 0204 | May 7 | 8058610920 | 4,175.00 |
| | | | | Conventional Checks Paid (2) | | $ | 6,317.00- |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Apr 23 | 12,916.82 | May 2 | 11,394.37 | May 15 | 5,192.99 |
| Apr 30 | 10,773.82 | May 7 | 9,767.87 | May 21 | 5,168.11 |
| May 1 | 15,573.82 | | | | |

Balances only appear for days reflecting change

Exhibit 11



**Uni-Statement**

Account Number:
██████2718

Statement Period:
May 22, 2018
through
Jun 21, 2018

Page 1 of 2

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

4200    SP1        0      X    ST31



000130470 01 SP      05945102885432 E
IRAJ HOUSHMAND NAGHACHIAN
9454 CHARLEVILLE BLVD
BEVERLY HILLS CA 90212-3017

To Contact U.S. Bank

By Phone:               1-800-US BANKS
                        (1-800-872-2657)

U.S. Bank accepts Relay Calls

Internet:               usbank.com

---

## INFORMATION YOU SHOULD KNOW

**What you should know when changing your monthly checking statement preferences:**
When you change your Checking Statement preference settings for Paper Statements, Check Images or Check Return, changes may not take effect immediately, as such may not reflect on your next statement. Current Paper Statement fees, Check Image fees, or Check Return fees may continue to be applied. These preference changes may take up to two statement cycles to be in effect. For further questions call us at U.S. Bank 24-Hour Banking at 800 USBANKS (872-2657).

---

## U.S. BANK PLATINUM CHECKING

U.S. Bank National Association                                          Account Number ██████2718        Member FDIC

### Account Summary

| | | | | |
|---|---|---|---|---|
| Beginning Balance on May 22 | $ | 5,168.11 | Annual Percentage Yield Earned | 0.00975% |
| Deposits / Credits | | 23,900.11 | Interest Earned this Period | $ 0.11 |
| Other Withdrawals | | 10,076.78- | Interest Paid this Year | $ 0.51 |
| Checks Paid | | 10,535.00- | Number of Days in Statement Period | 31 |
| **Ending Balance on Jun 21, 2018** | **$** | **18,454.44** | | |

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| May 29 | Mobile Banking Transfer | From Account 157514818564 | | $ | 4,100.00 |
| May 30 | | | 8658153791 | | |
| Jun 1 | | | | | |
| Jun 11 | Deposit | | | | |
| Jun 21 | Interest Paid | | | | |
| | | | Total Deposits / Credits | $ | |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| May 30 | Mobile Banking Transfer | To Account 157594818564- | | $ | |
| Jun 4 | Electronic Withdrawal | From UNION BANK | | | 4,378.95- |
| | REF=181560078905039H00 | ACH    9941234986 | | | |
| Jun 15 | Electronic Withdrawal | From Georgia Banking | | | 1,574.88- |
| | REF=181650049665039H00 | Mtg Pmt   061019975 | | | |
| Jun 21 | Monthly Maintenance Fee | | | | |
| | | | Total Other Withdrawals | $ | |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 0197 | May 31 | | | 0206 | Jun 7 | | |
| 0205* | Jun 11 | 8057991350 | 4,175.00 | | | | |

\* Gap in check sequence                                          Conventional Checks Paid (3)    $

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| May 29 | 9,268.11 | May 30 | 15,108.11 | May 31 | 14,808.11 |

Exhibit 12



**Uni-Statement**

Account Number:
XXXXXXX2718

Statement Period
Jul 24, 2018
through
Aug 21, 2018

Page 1 of 2

> P O Box 1803
> Saint Paul, Minnesota 55101-0810

4650      TRN        S        X      XT01



000.41061/01  SP-      130461709028303 E
IRAJ HOUCHMAND NACHTADHAN
9459 CHARLEVILLE BLVD
BEVERLY HILLS CA  90212-3317

To Contact: U.S. Bank

By Phone:              1-800-US BANKS
                       (1-800-872-2657)

U.S. Bank accepts Relay Calls

Internet               usbank.com

## INFORMATION YOU SHOULD KNOW

Effective September 14th, 2018 the "Your Deposit Account Agreement" booklet and "Consumer Pricing Information" brochure will include a number of updates and may affect your rights. Starting September 14, you may pick up copies at your local branch, view copies at usbank.com  or call 1-800-USBANKS (1-800-872-2657) for copies. Please see the Additional Information Section of this statement for the main updates that were made to "Your Deposit Account Agreement" booklet and "Consumer Pricing Information" brochure.

## PREMIUM CHECKING                                                    Member FDIC

U.S. Bank National Association                         Account Number 1-575-0283-2718

### Account Summary

| | | |
|---|---|---|
| Beginning Balance on Jul 24 | $ | XXXXXX |
| Deposits / Credits | | 11,850.03 |
| Other Withdrawals | | 5,953.83- |
| Checks Paid | | 4,175.00- |
| Ending Balance on Aug 21, 2018 | $ | XXXXXX |

| | | |
|---|---|---|
| Annual Percentage Yield Earned | | 0.00948% |
| Interest Earned this Period | $ | 0.13 |
| Interest Paid this Year | $ | 0.79 |
| Number of Days in Statement Period | | 29 |
| Average Account Balance | $ | 17,263.48 |

### Deposits / Credits

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Aug  2 | Electronic Withdrawal | From UNION BANK | | 4,378.95- |
| | REF=18213012552B559N00 | ACH    9941294986 | $ | |
| Aug 15 | Electronic Withdrawal | From Georgia Banking | | 1,574.88- |
| | REF=18226001833279N00 | Mtg Pmt   061010375 | | |
| | | Total Other Withdrawals | $ | 5,953.83- |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount |
|---|---|---|---|
| 6275 | Aug  6 | 8005058371 | 4,175.00 |
| | | Conventional Checks Paid (1) | $  4,175.00- |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Jul 26 | 13,175.98 | Jul 30 | 20,175.66 | Aug  2 | 20,596.71 |
| Jul 27 | 18,976.66 | Jul 31 | 24,975.66 | Aug  6 | 16,421.71 |

*EXhibit 12-1*



**Uni-Statement**

Account Number
▓▓▓2718

Statement Period:
Aug 22, 2018
through
Sep 24, 2018

Page 1 of 2

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

1E50        1920         S         X    3701

000165062 01  SP    10ea8173770290 E
IRAJ HOUSHMAND NACHASHAN
9183 CHARLEVILLE BLVD
BEVERLY HILLS CA  90212-3517



To Contact U.S. Bank

By Phone:                    1-800-US BANKS
                             (1-800-872-2657)

U.S. Bank accepts Relay Calls

Internet:                    usbank.com

## NEWS FOR YOU

Your privacy and security are our priority.
With the U.S. Bank Mobile App, your private information stays private, thanks to advanced encryption and firewall technology. For added peace of mind, you can activate 24/7 security alerts on your phone. If fraud is detected, you'll be notified when it happens. Don't have the app? Visit usbank.com/bankingapp to learn more and download the app today.

## INFORMATION YOU SHOULD KNOW

Effective September 14th, 2018 the "Your Deposit Account Agreement" booklet and "Consumer Pricing Information" brochure will include a number of updates and may affect your rights. Starting September 14, you may pick up copies at your local branch, view copies at usbank.com, or call 1-800-USBANKS (1-800-872-2657) for copies. Please see the Additional Information Section of this statement for the main updates that were made to "Your Deposit Account Agreement" booklet and "Consumer Pricing Information" brochure.

Effective November 12th, 2018 the "Your Deposit Account Agreement" booklet will include a number of updates and may affect your rights. Starting November 12th, you may pick up a copy at your local branch, view a copy on usbank.com, or call 1-800-USBANKS (1-800-872-2657) for a copy. The main updates that were made to "Your Deposit Account Agreement" booklet sections and sub sections include:

- Under sub section Consumer Overdraft Protection - additional language on overdraft protection advancement.
- Under sub section Business Banking Overdraft Protection - additional language on overdraft protection advancement.
- Removal of sub section Returns at Merchants and the daily limit.
- Update to the hours of operation for the U.S Bank Business Service Center.

## PREMIUM CHECKING                                                          Member FDIC

U.S. Bank National Association                                    Account Number ▓▓▓3-2718

**Account Summary**

| | | | |
|---|---|---|---|
| Beginning Balance on Aug 22 | $ | Annual Percentage Yield Earned | 0.00949% |
| Deposits / Credits | | Interest Earned this Period | $ 0.12 |
| Other Withdrawals | | Interest Paid this Year | $ 0.91 |
| Checks Paid | 175.00- | Number of Days in Statement Period | 34 |
| Ending Balance on Sep 24, 2018  $ | 9,156.84 | Average Account Balance | $ |

## Deposits / Credits

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|

## Other Withdrawals

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| Sep 5 | Electronic Withdrawal | From UNION BANK | 4,378.95- |
| | REF=182470191274180N00 | ACH  9941234986 | |

Exhibit 12-2



**US bank**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

4650      TRN           S          X      ST01

000089515 01 SP      106481809410049 E
IRAJ HOUSHMAND NAGHASHAN
9453 CHARLEVILLE BLVD
BEVERLY HILLS CA 90212-3017

**Uni-Statement**
Account Number:
_____2718

Statement Period:
Oct 23, 2018
through
Nov 23, 2018

Page 1 of 1



☎      To Contact U.S. Bank

By Phone:                    1-800-US BANKS
                                      (1-800-872-2657)

U.S. Bank accepts Relay Calls

Internet:                            usbank.com

---

**NEWS FOR YOU**

Give a Visa® Gift Card. Available at any U.S. Bank branch.

---

## PREMIUM CHECKING
U.S. Bank National Association                                          Member FDIC
                                          Account Number _____-2718

### Account Summary

| | | | | |
|---|---|---|---|---|
| Beginning Balance on Oct 23 | $ | | Annual Percentage Yield Earned | 0.00979% |
| Deposits / Credits | | | Interest Earned this Period | $ 0.34 |
| Other Withdrawals | | | Interest Paid this Year | $ 1.43 |
| Ending Balance on Nov 23, 2018 | $ | | Number of Days in Statement Period | 32 |
| | | | Average Account Balance | $ |

### Deposits / Credits

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| | | | |
| | Total Deposits / Credits | $ | 29,600.34 |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Oct 31 | Electronic Withdrawal | To AMEX EPAYMENT | | $ |
| | REF=1830301576801000N00 | 0005000040ACH PMT  A7608 | | |
| Nov 2 | Electronic Withdrawal | From UNION BANK | | 4,378.95- |
| | REF=1830501507154700N00 | | | |
| Nov 9 | Wire Transfer Fee | | 0600002395 | |
| Nov 13 | Electronic Withdrawal | To CARDMEMBER SERV | | |
| | REF=1831201439601000Y00 | 5911111111WEB PYMT  *********7073 | | |
| Nov 15 | Electronic Withdrawal | From Georgia Banking | | 1,574.88- |
| | REF=1831801349987600N00 | Mtg Pmt  081019975 | | |
| | | Total Other Withdrawals | $ | |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Oct 30 | | | | | |
| Oct 31 | | | | | |
| Nov 2 | | | | | |

Balances only appear for days reflecting change.

EXhibit 12-3

# **us bank.**

P.O. Box 1800
Saint Paul, Minnesota 56101-0800

4650      TRN          S        X    ST01

**Uni-Statement**
Account Number:
◼◼◼◼◼◼ 2718
Statement Period:
Apr 20, 2019
through
May 21, 2019

Page 1 of 2

000004026 01 SP    000638081144978 E
IRAJ HOUSHMAND NAGHASHAN
9453 CHARLEVILLE BLVD
BEVERLY HILLS CA 90212-3017



☎                          To Contact U.S. Bank

By Phone:                      1-800-US BANKS
                               (1-800-872-2657)

U.S. Bank accepts Relay Calls

Internet:                      usbank.com

## PREMIUM CHECKING                                                Member FDIC
U.S. Bank National Association                        Account Number ◼◼◼◼ 2718

### Account Summary
| | | |
|---|---|---|
| Beginning Balance on Apr 20 | $ | |
| Deposits / Credits | | |
| Other Withdrawals | | |
| Checks Paid | | |
| Ending Balance on May 21, 2019 | $ | |

| | | |
|---|---|---|
| Annual Percentage Yield Earned | | 0.00994% |
| Interest Earned this Period | $ | 0.11 |
| Interest Paid this Year | $ | 2.42 |
| Number of Days in Statement Period | | 32 |
| Average Account Balance | $ | |
| Customer Segment | | |

### Deposits / Credits
| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Apr 26 | Internet Banking Transfer | From Account 157514818564 | | $ | |
| May 5 | Internet Banking Transfer | From Account 157514818580 | | | |
| May 6 | Internet Banking Transfer | From Account 157514818564 | | | |
| May 17 | Internet Banking Transfer | From Account 157514818598 | | | |
| May 21 | Interest Paid | | 2100002593 | | 0.11 |
| | | | Total Deposits / Credits | $ | |

### Other Withdrawals
| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| | | | | $ | |
| May 1 | Electronic Withdrawal | From UNION BANK | | | 5,043.65- |
| | REF=191210156952410N00SD | ACH  9941234986 | | | |
| May 13 | Electronic Withdrawal | From SPECIALIZED LOAN | | | 1,574.88- |
| | REF=191300091076340N00 | SPECIALIZE2331050584 | | | |
| | | | Total Other Withdrawals | $ | ◼◼◼◼◼ |

| | Total for Statement Period | Total Year to Date |
|---|---|---|
| Total Returned Item Fees | $      0.00 | $      0.00 |
| Total Overdraft Fees | $      0.00 | $     36.00 |
| TOTAL | $      0.00 | $     36.00 |

### Checks Presented Conventionally
| Check | Date | Ref Number | Amount |
|---|---|---|---|
| 0111 | Apr 22 | 5056826484 | 144,000.00 |
| | | Conventional Checks Paid (1) | $  ◼◼◼◼◼ |

### Balance Summary
| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| | | | | | 1,576.05 |

Exhibit 12-4

 **Union**Bank·

Consumer Loan Servicing
Customer Service
P.O. Box 85643
Mail Code 2-69D-200
San Diego, CA 92185-5643

February 07, 2022

Elnaz Houshmand
9453 Charleville Blvd
Beverly Hills, CA 90212

Re: Loan Number   0002861907
Property Address: 1624 S Gramercy Place
                  Los Angeles CA 90019

Dear Elnaz Houshmand :

In response to your recent request, please find the following
document(s) enclosed:

        History

We appreciate the opportunity to serve you.  We look forward to
continuing to help you reach your financial goals at Union Bank.
If you have any additional questions, please contact our Customer
Service Department at (800)237-0561 Monday through Friday between
8:00 a.m. and 6:00 p.m. Pacific Time.

Sincerely,

PATRICIA FUENTES
RESIDENTIAL LENDING CUST SVC

RE067 012



 ©2022 MUFG Union Bank, N.A. All rights reserved. Member FDIC. Equal Housing Lender.
Union Bank is a registered trademark and brand name of MUFG Union Bank, N.A.

REQ BY PF1      CUSTOMER ACCOUNT ACTIVITY STATEMENT      DATE 02/07/22
                                                                  PAGE  1

ELNAZ HOUSHMAND            ATTACHED IS YOUR LOAN HISTORY, PLEASE CONTACT
9453 CHARLEVILLE BLVD       CUSTOMER SERVICE AT (800) 237-0561 IF YOU HAVE
BEVERLY HILLS      CA 90212   ANY QUESTIONS. THANK YOU

LOAN NUMBER: 0002861907
****************************************************************************
------------------------- CURRENT ACCOUNT INFORMATION -------------------------

| DATE PAYMENT DUE | TOTAL PAYMENT AMOUNT | PRINCIPAL & INTEREST PAYMENT | LOAN INTEREST RATE | CURRENT PRINCIPAL BALANCE | ESCROW BALANCE |
|---|---|---|---|---|---|
| 04-01-20 | 4,823.07 | 3,310.20 | 4.87500 | 598,398.34 | 18,968.76- |
| 2ND MORTGAGE: | | | 0.00  0.00000 | 0.00 | |

****************************************************************************

ACTIVITY FOR PERIOD 05/01/17 - 02/07/22

| PROCESS DATE | DUE DATE | TRANSACTION CODE | TRANSACTION DESCRIPTION | | EFFECTIVE DATE OF TRANSACTION |
|---|---|---|---|---|---|
| TRANSACTION AMOUNT | PRIN. PAID/ BALANCE | INTEREST | ESCROW PAID/ BALANCE | AMOUNT | -----OTHER----- CODE/DESCRIPTION |

```
02-04-22  00-00  631  PROPERTY PRESERVATION
    15.00       0.00       0.00      0.00
01-18-22  04-20  152  LATE CHARGE ASSESSMENT
     0.00       0.00       0.00      0.00         165.51-1 LATE CHARGE FEE
01-05-22  00-00  631  PROPERTY PRESERVATION
    15.00       0.00       0.00      0.00
12-17-21  04-20  132  LATE CHARGE ADJUSTMENT
     0.00       0.00       0.00      0.00         165.51 1 LATE CHARGE FEE
12-16-21  04-20  152  LATE CHARGE ASSESSMENT
     0.00       0.00       0.00      0.00         165.51-1 LATE CHARGE FEE
11-22-21  06-20  161  ESCROW ADVANCE
 5,813.09       0.00       0.00   5813.09
                                 18968.76-  NEW PRINCIPAL/ESCROW BALANCES
11-22-21  11-21  312  COUNTY TAX
 5,813.09-      0.00       0.00   5813.09-
                                 18968.76-  NEW PRINCIPAL/ESCROW BALANCES
04-30-21  04-20  161  ESCROW ADVANCE
 1,338.00       0.00       0.00   1338.00
                                 13155.67-  NEW PRINCIPAL/ESCROW BALANCES
04-30-21  05-21  351  HAZARD INS
 1,338.00-      0.00       0.00   1338.00-
                                 13155.67-  NEW PRINCIPAL/ESCROW BALANCES
03-12-21  04-20  161  ESCROW ADVANCE
 5,871.15       0.00       0.00   5871.15
                                 11817.67-  NEW PRINCIPAL/ESCROW BALANCES
```

```
                        CUSTOMER ACCOUNT ACTIVITY STATEMENT          DATE 02/07/22
REQ BY PF1                                                           PAGE   2


ELNAZ HOUSHMAND
LOAN NUMBER: 0002861907

                        ACTIVITY FOR PERIOD 05/01/17 - 02/07/22
PROCESS   DUE   TRANSACTION            TRANSACTION                  EFFECTIVE DATE
DATE      DATE  CODE                   DESCRIPTION                  OF TRANSACTION
-----------------------------------------------------------------------------
   TRANSACTION   PRIN. PAID/        ESCROW PAID/ -----------OTHER-------------
     AMOUNT       BALANCE   INTEREST   BALANCE   AMOUNT  CODE/DESCRIPTION
-----------------------------------------------------------------------------
03-12-21  03-21  312  COUNTY TAX
     5,871.15-      0.00      0.00   5871.15-
                                    11817.67-  NEW PRINCIPAL/ESCROW BALANCES
11-17-20  04-20  161  ESCROW ADVANCE
     5,871.15       0.00      0.00   5871.15
                                     5946.52-  NEW PRINCIPAL/ESCROW BALANCES
11-17-20  11-20  312  COUNTY TAX
     5,871.15-      0.00      0.00   5871.15-
                                     5946.52-  NEW PRINCIPAL/ESCROW BALANCES
08-12-20  04-20  132  LATE CHARGE ADJUSTMENT
        0.00       0.00      0.00       0.00     165.51 1 LATE CHARGE FEE
05-01-20  04-20  168  REPAY OF ESCROW ADVANCE
        0.00       0.00      0.00       1.98-     1.98
                                       75.37-  NEW PRINCIPAL/ESCROW BALANCES
04-30-20  04-20  160  INTEREST ON ESCROW DEPOSIT
        1.98       0.00      0.00       1.98
                                       75.37-  NEW PRINCIPAL/ESCROW BALANCES
04-29-20  04-20  161  ESCROW ADVANCE
       77.35       0.00      0.00      77.35
                                       77.35-  NEW PRINCIPAL/ESCROW BALANCES
04-29-20  05-20  351  HAZARD INS
     1,326.00-     0.00      0.00    1326.00-
                                       77.35-  NEW PRINCIPAL/ESCROW BALANCES
03-31-20  04-20  160  INTEREST ON ESCROW DEPOSIT
        6.10       0.00      0.00       6.10
                                     1248.65   NEW PRINCIPAL/ESCROW BALANCES
03-16-20  03-20  312  COUNTY TAX
     5,641.43-     0.00      0.00    5641.43-
                                     1242.55   NEW PRINCIPAL/ESCROW BALANCES
03-12-20  03-20  172  PAYMENT
     4,823.00    875.65   2,434.55   1512.80
                 598,398.34          6883.98   NEW PRINCIPAL/ESCROW BALANCES
03-02-20  02-20  172  PAYMENT
     4,823.07    872.11   2,438.09   1512.87
                 599,273.99          5371.18   NEW PRINCIPAL/ESCROW BALANCES
02-28-20  02-20  160  INTEREST ON ESCROW DEPOSIT
       11.69       0.00      0.00      11.69
                                     3858.31   NEW PRINCIPAL/ESCROW BALANCES
```

CUSTOMER ACCOUNT ACTIVITY STATEMENT

REQ BY PF1

DATE 02/07/22
PAGE    3

ELNAZ HOUSHMAND
LOAN NUMBER: 0002861907

ACTIVITY FOR PERIOD 05/01/17 - 02/07/22

| PROCESS DATE | DUE DATE | TRANSACTION CODE | TRANSACTION DESCRIPTION | EFFECTIVE DATE OF TRANSACTION |
|---|---|---|---|---|

| TRANSACTION AMOUNT | PRIN. PAID/ BALANCE | INTEREST | ESCROW PAID/ BALANCE | AMOUNT | ----------OTHER------------- CODE/DESCRIPTION |
|---|---|---|---|---|---|
| 02-18-20  02-20  152  LATE CHARGE ASSESSMENT | | | | | |
| 0.00 | 0.00 | 0.00 | 0.00 | 165.51-1 | LATE CHARGE FEE |
| 01-09-20  01-20  172  PAYMENT | | | | | |
| 4,823.00 | 868.58 | 2,441.62 | 1512.80 | | |
| | 600,146.10 | | 3846.62 | NEW PRINCIPAL/ESCROW BALANCES | |
| 12-31-19  01-20  160  INTEREST ON ESCROW DEPOSIT | | | | | |
| 2.93 | 0.00 | 0.00 | 2.93 | | |
| | | | 2333.82 | NEW PRINCIPAL/ESCROW BALANCES | |
| 12-13-19  12-19  172  PAYMENT | | | | | |
| 4,823.00 | 865.06 | 2,445.14 | 1512.80 | | |
| | 601,014.68 | | 2330.89 | NEW PRINCIPAL/ESCROW BALANCES | |
| 11-29-19  12-19  160  INTEREST ON ESCROW DEPOSIT | | | | | |
| 2.93 | 0.00 | 0.00 | 2.93 | | |
| | | | 818.09 | NEW PRINCIPAL/ESCROW BALANCES | |
| 11-12-19  11-19  168  REPAY OF ESCROW ADVANCE | | | | | |
| 0.00 | 0.00 | 0.00 | 697.71- | 697.71 | |
| | | | 815.16 | NEW PRINCIPAL/ESCROW BALANCES | |
| 11-12-19  11-19  172  PAYMENT | | | | | |
| 4,823.07 | 861.56 | 2,448.64 | 1512.87 | | |
| | 601,879.74 | | 815.16 | NEW PRINCIPAL/ESCROW BALANCES | |
| 11-08-19  11-19  161  ESCROW ADVANCE | | | | | |
| 697.71 | 0.00 | 0.00 | 697.71 | | |
| | | | 697.71- | NEW PRINCIPAL/ESCROW BALANCES | |
| 11-08-19  11-19  312  COUNTY TAX | | | | | |
| 5,641.45- | 0.00 | 0.00 | 5641.45- | | |
| | | | 697.71- | NEW PRINCIPAL/ESCROW BALANCES | |
| 10-31-19  11-19  160  INTEREST ON ESCROW DEPOSIT | | | | | |
| 8.30 | 0.00 | 0.00 | 8.30 | | |
| | | | 4943.74 | NEW PRINCIPAL/ESCROW BALANCES | |
| 10-01-19  10-19  172  PAYMENT | | | | | |
| 4,823.07 | 858.08 | 2,452.12 | 1512.87 | | |
| | 602,741.30 | | 4935.44 | NEW PRINCIPAL/ESCROW BALANCES | |
| 09-30-19  10-19  160  INTEREST ON ESCROW DEPOSIT | | | | | |
| 5.48 | 0.00 | 0.00 | 5.48 | | |
| | | | 3422.57 | NEW PRINCIPAL/ESCROW BALANCES | |
| 09-03-19  09-19  172  PAYMENT | | | | | |
| 4,823.07 | 854.61 | 2,455.59 | 1512.87 | | |
| | 603,599.38 | | 3417.09 | NEW PRINCIPAL/ESCROW BALANCES | |

CUSTOMER ACCOUNT ACTIVITY STATEMENT                DATE __ __ __
REQ BY FFL                                                              PAGE   5

ELNAZ HOUSEMAID
LOAN NUMBER: 0002861907

ACTIVITY FOR PERIOD 05/01/07 - 12 07 22

| PROCESS | DUE | TRANSACTION | TRANSACTION | EFFECTIVE DATE |
|---------|-----|-------------|-------------|----------------|
| DATE | DATE | CODE | DESCRIPTION | OF TRANSACTION |

| TRANSACTION | PRIN. PAID/ | | ESCROW PAID | OTHER | |
| AMOUNT | BALANCE | INTEREST | BALANCE | AMOUNT | CODE DESCRIPTION |

```
05-13-19  05-19  351  HAZARD INS
    1,298.00-       0.00       0.00    1298.00-
                                       2637.57-   NEW PRINCIPAL ESCROW BALANCE
05-10-19  05-19  168  REPAY OF ESCROW ADVANCE
        0.00        0.00       0.00     379.49-    379.49
                                       1339.57-   NEW PRINCIPAL ESCROW BALANCE
05-10-19  06-19  163  INSURANCE REFUND
      379.49        0.00       0.00     379.49
                                       1339.57-   NEW PRINCIPAL ESCROW BALANCE
05-01-19  05-19  168  REPAY OF ESCROW ADVANCE
        0.00        0.00       0.00    1733.43-  1,733.43
                                       1719.03-   NEW PRINCIPAL ESCROW BALANCE
05-01-19  05-19  171  PAYMENT
    5,043.65      840.66   2,469.34    1733.43
                  606,997.11           1719.03-   NEW PRINCIPAL ESCROW BALANCE
04-01-19  04-19  168  REPAY OF ESCROW ADVANCE
        0.00        0.00       0.00    1065.75-  1,059.75
                                       3452.52-   NEW PRINCIPAL ESCROW BALANCE
04-01-19  04-19  171  PAYMENT
    4,378.95      837.46   2,472.74    1065.75
                  607,837.97           3452.50-   NEW PRINCIPAL ESCROW BALANCE
04-01-19  04-19  168  REPAY OF ESCROW ADVANCE
        0.00        0.00       0.00       1.24-      1.24
                                       4521.25-   NEW PRINCIPAL ESCROW BALANCE
03-29-19  04-19  160  INTEREST ON ESCROW DEPOSIT
        1.24        0.00       0.00       1.24
                                       4521.25-   NEW PRINCIPAL ESCROW BALANCE
03-21-19  04-19  161  ESCROW ADVANCE
    4,522.49        0.00       0.00    4520.49
                                       4520.49-   NEW PRINCIPAL ESCROW BALANCE
03-21-19  03-19  312  COUNTY TAX
    5,656.56-       0.00       0.00    5656.56-
                                       4520.49-   NEW PRINCIPAL ESCROW BALANCE
03-01-19  03-19  171  PAYMENT
    4,378.95      834.07   2,476.13    1065.75
                  608,675.43           1134.07    NEW PRINCIPAL ESCROW BALANCE
```

```
                      CUSTOMER ACCOUNT ACTIVITY STATEMENT              DATE 02/07/22
REQ BY PF1                                                             PAGE    5


ELNAZ HOUSHMAND
LOAN NUMBER: 0002861907


                      ACTIVITY FOR PERIOD 05/01/17 - 02/07/22
PROCESS   DUE    TRANSACTION              TRANSACTION                EFFECTIVE DATE
DATE      DATE   CODE                     DESCRIPTION                OF TRANSACTION
--------------------------------------------------------------------------------
    TRANSACTION   PRIN. PAID/      ESCROW PAID/ ------------OTHER-------------
    AMOUNT        BALANCE   INTEREST   BALANCE    AMOUNT  CODE/DESCRIPTION
--------------------------------------------------------------------------------
05-13-19  05-19  351  HAZARD INS
    1,298.00-      0.00       0.00   1298.00-
                                     2637.57-  NEW PRINCIPAL/ESCROW BALANCES
05-10-19  06-19  168  REPAY OF ESCROW ADVANCE
       0.00        0.00       0.00    379.48-   379.48
                                     1339.57-  NEW PRINCIPAL/ESCROW BALANCES
05-10-19  06-19  163  INSURANCE REFUND
     379.48        0.00       0.00    379.48
                                     1339.57-  NEW PRINCIPAL/ESCROW BALANCES
05-01-19  05-19  168  REPAY OF ESCROW ADVANCE
       0.00        0.00       0.00   1733.45-  1,733.45
                                     1719.05-  NEW PRINCIPAL/ESCROW BALANCES
05-01-19  05-19  171  PAYMENT
    5,043.65     840.86   2,469.34   1733.45
              606,997.11             1719.05-  NEW PRINCIPAL/ESCROW BALANCES
04-01-19  04-19  168  REPAY OF ESCROW ADVANCE
       0.00        0.00       0.00   1068.75-  1,068.75
                                     3452.50-  NEW PRINCIPAL/ESCROW BALANCES
04-01-19  04-19  171  PAYMENT
    4,378.95     837.46   2,472.74   1068.75
              607,837.97             3452.50-  NEW PRINCIPAL/ESCROW BALANCES
04-01-19  04-19  168  REPAY OF ESCROW ADVANCE
       0.00        0.00       0.00      1.24-    1.24
                                     4521.25-  NEW PRINCIPAL/ESCROW BALANCES
03-29-19  04-19  160  INTEREST ON ESCROW DEPOSIT
       1.24        0.00       0.00      1.24
                                     4521.25-  NEW PRINCIPAL/ESCROW BALANCES
03-21-19  04-19  161  ESCROW ADVANCE
    4,522.49       0.00       0.00   4522.49
                                     4522.49-  NEW PRINCIPAL/ESCROW BALANCES
03-21-19  03-19  312  COUNTY TAX
    5,656.56-      0.00       0.00   5656.56-
                                     4522.49-  NEW PRINCIPAL/ESCROW BALANCES
03-01-19  03-19  171  PAYMENT
    4,378.95     834.07   2,476.13   1068.75
              608,675.43             1134.07   NEW PRINCIPAL/ESCROW BALANCES
```

```
                    CUSTOMER ACCOUNT ACTIVITY STATEMENT              DATE 02/07/22
REQ BY PF1                                                          PAGE    6


ELNAZ HOUSHMAND
LOAN NUMBER: 0002861907

                  ACTIVITY FOR PERIOD 05/01/17 - 02/07/22
PROCESS    DUE     TRANSACTION         TRANSACTION                  EFFECTIVE DATE
DATE       DATE    CODE                DESCRIPTION                  OF TRANSACTION
---------------------------------------------------------------------------------
   TRANSACTION   PRIN. PAID/      ESCROW PAID/ -----------OTHER-------------
     AMOUNT        BALANCE    INTEREST   BALANCE    AMOUNT  CODE/DESCRIPTION
---------------------------------------------------------------------------------
02-28-19  03-19  160  INTEREST ON ESCROW DEPOSIT
     0.10         0.00       0.00      0.10
                                      65.32      NEW PRINCIPAL/ESCROW BALANCES
02-01-19  02-19  168  REPAY OF ESCROW ADVANCE
     0.00         0.00       0.00   1003.53-  1,003.53
                                      65.22      NEW PRINCIPAL/ESCROW BALANCES
02-01-19  02-19  171  PAYMENT
  4,378.95      830.69   2,479.51   1068.75
              609,509.50                65.22      NEW PRINCIPAL/ESCROW BALANCES
01-02-19  01-19  168  REPAY OF ESCROW ADVANCE
     0.00         0.00       0.00   1068.75-  1,068.75
                                    1003.53-  NEW PRINCIPAL/ESCROW BALANCES
01-02-19  01-19  171  PAYMENT
  4,378.95      827.33   2,482.87   1068.75
              610,340.19             1003.53-  NEW PRINCIPAL/ESCROW BALANCES
12-03-18  12-18  168  REPAY OF ESCROW ADVANCE
     0.00         0.00       0.00   1068.75-  1,068.75
                                    2072.28-  NEW PRINCIPAL/ESCROW BALANCES
12-03-18  12-18  171  PAYMENT
  4,378.95      823.98   2,486.22   1068.75
              611,167.52             2072.28-  NEW PRINCIPAL/ESCROW BALANCES
12-03-18  12-18  168  REPAY OF ESCROW ADVANCE
     0.00         0.00       0.00      4.16-     4.16
                                    3141.03-  NEW PRINCIPAL/ESCROW BALANCES
11-30-18  12-18  160  INTEREST ON ESCROW DEPOSIT
     4.16         0.00       0.00      4.16
                                    3141.03-  NEW PRINCIPAL/ESCROW BALANCES
11-13-18  12-18  161  ESCROW ADVANCE
  3,145.19        0.00       0.00   3145.19
                                    3145.19-  NEW PRINCIPAL/ESCROW BALANCES
11-13-18  11-18  312  COUNTY TAX
  5,656.57-       0.00       0.00   5656.57-
                                    3145.19-  NEW PRINCIPAL/ESCROW BALANCES
11-01-18  11-18  171  PAYMENT
  4,378.95      820.65   2,489.55   1068.75
              611,991.50             2511.38   NEW PRINCIPAL/ESCROW BALANCES
```

CUSTOMER ACCOUNT ACTIVITY STATEMENT          DATE 02/07/22
                                                                 PAGE    7
REQ BY PF1

ELNAZ HOUSHMAND
LOAN NUMBER: 0002861907

ACTIVITY FOR PERIOD 05/01/17 - 02/07/22

| PROCESS DATE | DUE DATE | TRANSACTION CODE | TRANSACTION DESCRIPTION | EFFECTIVE DATE OF TRANSACTION |
|---|---|---|---|---|

| TRANSACTION AMOUNT | PRIN. PAID/ BALANCE | INTEREST | ESCROW PAID/ BALANCE | AMOUNT | OTHER CODE/DESCRIPTION |
|---|---|---|---|---|---|

```
10-01-18 10-18  171  PAYMENT
    4,378.95     817.33   2,492.87   1068.75
             612,812.15              1442.63   NEW PRINCIPAL/ESCROW BALANCES
09-28-18 10-18  160  INTEREST ON ESCROW DEPOSIT
      0.49       0.00      0.00      0.49
                                     373.88   NEW PRINCIPAL/ESCROW BALANCES
09-04-18 09-18  168  REPAY OF ESCROW ADVANCE
      0.00       0.00      0.00     695.36-    695.36
                                     373.39   NEW PRINCIPAL/ESCROW BALANCES
09-04-18 09-18  171  PAYMENT
    4,378.95     814.02   2,496.18   1068.75
             613,629.48              373.39    NEW PRINCIPAL/ESCROW BALANCES
09-04-18 09-18  168  REPAY OF ESCROW ADVANCE
      0.00       0.00      0.00      2.29-      2.29
                                     695.36-   NEW PRINCIPAL/ESCROW BALANCES
08-31-18 09-18  160  INTEREST ON ESCROW DEPOSIT
      2.29       0.00      0.00      2.29
                                     695.36-   NEW PRINCIPAL/ESCROW BALANCES
08-23-18 09-18  161  ESCROW ADVANCE
    697.65       0.00      0.00     697.65
                                     697.65-   NEW PRINCIPAL/ESCROW BALANCES
08-23-18 07-18  351  HAZARD INS
   2,565.00-     0.00      0.00    2565.00-
                                     697.65-   NEW PRINCIPAL/ESCROW BALANCES
08-01-18 08-18  171  PAYMENT
    4,378.95     810.73   2,499.47   1068.75
             614,443.50              1867.35   NEW PRINCIPAL/ESCROW BALANCES
07-31-18 08-18  160  INTEREST ON ESCROW DEPOSIT
      1.27       0.00      0.00      1.27
                                     798.60    NEW PRINCIPAL/ESCROW BALANCES
07-02-18 07-18  168  REPAY OF ESCROW ADVANCE
      0.00       0.00      0.00     271.42-    271.42
                                     797.33    NEW PRINCIPAL/ESCROW BALANCES
07-02-18 07-18  171  PAYMENT
    4,378.95     807.45   2,502.75   1068.75
             615,254.23              797.33    NEW PRINCIPAL/ESCROW BALANCES
```

```
                    CUSTOMER ACCOUNT ACTIVITY STATEMENT              DATE 02/07/22
REQ BY PF1                                                          PAGE   8


ELNAZ HOUSHMAND
LOAN NUMBER: 0002861907

                    ACTIVITY FOR PERIOD 05/01/17 - 02/07/22
PROCESS    DUE    TRANSACTION               TRANSACTION              EFFECTIVE DATE
DATE       DATE   CODE                      DESCRIPTION              OF TRANSACTION
-----------------------------------------------------------------------------------
    TRANSACTION   PRIN. PAID/       ESCROW PAID/ ------------OTHER-------------
    AMOUNT        BALANCE   INTEREST  BALANCE   AMOUNT   CODE/DESCRIPTION
-----------------------------------------------------------------------------------
06-01-18  06-18  168  REPAY OF ESCROW ADVANCE
      0.00        0.00      0.00    1068.75- 1,068.75
                                     271.42-  NEW PRINCIPAL/ESCROW BALANCES
06-01-18  06-18  171  PAYMENT
   4,378.95      804.18  2,506.02  1068.75
                616,061.68           271.42-  NEW PRINCIPAL/ESCROW BALANCES
05-01-18  05-18  168  REPAY OF ESCROW ADVANCE
      0.00        0.00      0.00    1068.75- 1,068.75
                                    1340.17-  NEW PRINCIPAL/ESCROW BALANCES
05-01-18  05-18  171  PAYMENT
   4,378.95      800.93  2,509.27  1068.75
                616,865.86          1340.17-  NEW PRINCIPAL/ESCROW BALANCES
04-27-18  05-18  161  ESCROW ADVANCE
   1,575.00        0.00      0.00   1575.00
                                    2408.92-  NEW PRINCIPAL/ESCROW BALANCES
04-27-18  04-18  351  HAZARD INS
   1,575.00-       0.00      0.00   1575.00-
                                    2408.92-  NEW PRINCIPAL/ESCROW BALANCES
04-04-18  04-18  168  REPAY OF ESCROW ADVANCE
      0.00        0.00      0.00    1059.50- 1,059.50
                                     833.92-  NEW PRINCIPAL/ESCROW BALANCES
04-04-18  04-18  171  PAYMENT
   4,369.70      797.69  2,512.51  1059.50
                617,666.79           833.92-  NEW PRINCIPAL/ESCROW BALANCES
04-02-18  04-18  168  REPAY OF ESCROW ADVANCE
      0.00        0.00      0.00      40.64-   40.64
                                    1893.42-  NEW PRINCIPAL/ESCROW BALANCES
04-02-18  04-18  170  MISC TRANSACTION
     40.64        0.00      0.00      40.64
                                    1893.42-  NEW PRINCIPAL/ESCROW BALANCES
04-02-18  04-18  145  ADJUSTMENT
      0.00        0.00      0.00       0.00  1,934.06
                                    1934.06-  NEW PRINCIPAL/ESCROW BALANCES
04-02-18  04-18  142  LOAN SETUP
      0.00  618,464.48-     0.00       0.00
                618,464.48                    NEW PRINCIPAL/ESCROW BALANCES
```

# Payment Histories

Account Number: XXXXXX4775
Borrower Information: ELNAZ HOUSHMAND
1624 S GRAMERCY PL
LOS ANGELES, CA 90019

| Transaction Date | Effective Date | Principal Amt | Interest Amt | Escrow Amt | Late Charge Amt | Unapplied Funds Amt | Transaction Amt | Transaction Desc | Balance Principal | Balance Escrow | Paid Through Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/07/2022 | 02/07/2022 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Administrative Adjustments | 198792.99 | 0.00 | 10/01/2020 |
| 02/07/2022 | 02/07/2022 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Administrative Adjustments | 198792.99 | 0.00 | 10/01/2020 |
| 01/21/2022 | 01/21/2022 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($15.00) | Fee waived | N/A | N/A | 10/01/2020 |
| 12/30/2021 | 12/30/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $15.00 | Fee Billed | N/A | N/A | 10/01/2020 |
| 12/09/2021 | 12/09/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Investor Transfer | 198792.99 | 0.00 | 10/01/2020 |
| 12/03/2021 | 12/03/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $15.00 | Fee Billed | N/A | N/A | 10/01/2020 |
| 10/13/2021 | 10/13/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Investor Transfer | 198792.99 | 0.00 | 10/01/2020 |
| 09/29/2021 | 09/29/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Investor Transfer | 198792.99 | 0.00 | 10/01/2020 |
| 10/29/2020 | 10/29/2020 | $579.68 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Administrative Adjustments | 198792.99 | 0.00 | 10/01/2020 |
| 10/29/2020 | 10/29/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Administrative Adjustments | 199372.67 | 0.00 | 10/01/2020 |
| 10/29/2020 | 10/29/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Administrative Adjustments | 199372.67 | 0.00 | 10/01/2020 |
| 10/29/2020 | 10/29/2020 | $576.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Administrative Adjustments | 199372.67 | 0.00 | 10/01/2020 |
| 09/29/2020 | 09/29/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Administrative Adjustments | 199949.47 | 0.00 | 09/01/2020 |
| 09/29/2020 | 09/29/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Administrative Adjustments | 199949.47 | 0.00 | 09/01/2020 |
| 08/28/2020 | 08/28/2020 | $573.93 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Administrative Adjustments | 199949.47 | 0.00 | 08/01/2020 |

**Payment Histories**

Account Number:  XXXXXX4775
Borrower Information:  ELNAZ HOUSHMAND
1624 S GRAMERCY PL
LOS ANGELES, CA 90019

| Transaction Date | Effective Date | Principal Amt | Interest Amt | Escrow Amt | Late Charge Amt | Unapplied Funds Amt | Transaction Amt | Transaction Desc | Balance Principal | Balance Escrow | Paid Through Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/28/2020 | 08/28/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Administrative Adjustments | 200523.40 | 0.00 | 08/01/2020 |
| 08/28/2020 | 08/28/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Administrative Adjustments | 200523.40 | 0.00 | 08/01/2020 |
| 07/29/2020 | 07/29/2020 | $571.08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Administrative Adjustments | 200523.40 | 0.00 | 07/01/2020 |
| 07/29/2020 | 07/29/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Administrative Adjustments | 201094.48 | 0.00 | 07/01/2020 |
| 07/29/2020 | 07/29/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Administrative Adjustments | 201094.48 | 0.00 | 07/01/2020 |
| 06/30/2020 | 06/30/2020 | $568.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Administrative Adjustments | 201094.48 | 0.00 | 06/01/2020 |
| 06/30/2020 | 06/30/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Administrative Adjustments | 201662.73 | 0.00 | 06/01/2020 |
| 06/30/2020 | 06/30/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Administrative Adjustments | 201662.73 | 0.00 | 06/01/2020 |
| 05/29/2020 | 05/29/2020 | $565.42 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Administrative Adjustments | 201662.73 | 0.00 | 05/01/2020 |
| 05/29/2020 | 05/29/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Administrative Adjustments | 202228.15 | 0.00 | 05/01/2020 |
| 05/29/2020 | 05/29/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Administrative Adjustments | 202228.15 | 0.00 | 05/01/2020 |
| 04/13/2020 | 04/11/2020 | $562.62 | $1,012.26 | $0.00 | $0.00 | $0.00 | $1,574.88 | Autopost | 202228.15 | 0.00 | 04/01/2020 |
| 03/11/2020 | 03/11/2020 | $559.82 | $1,015.06 | $0.00 | $0.00 | $0.00 | $1,574.88 | Autopost | 202790.77 | 0.00 | 03/01/2020 |
| 02/25/2020 | 02/25/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $25.00 | Fee Billed | N/A | N/A | 02/01/2020 |
| 02/24/2020 | 02/24/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $25.00 | Fee Billed | N/A | N/A | 02/01/2020 |

**Payment Histories**

Account Number: XXXXXX4775

Borrower Information:
ELNAZ HOUSHMAND
1624 S GAMERCY PL
LOS ANGELES, CA 90019

| Transaction Date | Effective Date | Principal Amt | Interest Amt | Escrow Amt | Late Charge Amt | Unapplied Funds Amt | Transaction Amt | Transaction Desc | Balance Principal | Balance Escrow | Paid Through Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/20/2020 | 02/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $25.00 | Fee Billed | N/A | N/A | 02/01/2020 |
| 02/11/2020 | 02/11/2020 | $557.04 | $1,017.84 | $0.00 | $0.00 | $0.00 | $1,574.88 | Autopost | 203350.59 | 0.00 | 02/01/2020 |
| 01/13/2020 | 01/11/2020 | $554.27 | $1,020.61 | $0.00 | $0.00 | $0.00 | $1,574.88 | Autopost | 203907.63 | 0.00 | 01/01/2020 |
| 12/11/2019 | 12/11/2019 | $551.52 | $1,023.36 | $0.00 | $0.00 | $0.00 | $1,574.88 | Autopost | 204461.90 | 0.00 | 12/01/2019 |
| 11/11/2019 | 11/11/2019 | $548.78 | $1,026.10 | $0.00 | $0.00 | $0.00 | $1,574.88 | Autopost | 205013.42 | 0.00 | 11/01/2019 |
| 10/11/2019 | 10/11/2019 | $546.06 | $1,028.82 | $0.00 | $0.00 | $0.00 | $1,574.88 | Autopost | 205562.20 | 0.00 | 10/01/2019 |
| 09/11/2019 | 09/11/2019 | $543.34 | $1,031.54 | $0.00 | $0.00 | $0.00 | $1,574.88 | Autopost | 206108.26 | 0.00 | 09/01/2019 |
| 08/12/2019 | 08/11/2019 | $540.65 | $1,034.23 | $0.00 | $0.00 | $0.00 | $1,574.88 | Autopost | 206651.60 | 0.00 | 08/01/2019 |
| 07/11/2019 | 07/11/2019 | $537.96 | $1,036.92 | $0.00 | $0.00 | $0.00 | $1,574.88 | Autopost | 207192.25 | 0.00 | 07/01/2019 |
| 06/11/2019 | 06/11/2019 | $535.29 | $1,039.59 | $0.00 | $0.00 | $0.00 | $1,574.88 | Autopost | 207730.21 | 0.00 | 06/01/2019 |
| 05/13/2019 | 05/11/2019 | $532.63 | $1,042.25 | $0.00 | $0.00 | $0.00 | $1,574.88 | Autopost | 208265.50 | 0.00 | 05/01/2019 |
| 04/11/2019 | 04/11/2019 | $529.98 | $1,044.90 | $0.00 | $0.00 | $0.00 | $1,574.88 | Autopost | 208798.13 | 0.00 | 04/01/2019 |
| 03/11/2019 | 03/11/2019 | $527.35 | $1,047.53 | $0.00 | $0.00 | $0.00 | $1,574.88 | Autopost | 209328.11 | 0.00 | 03/01/2019 |
| 02/11/2019 | 02/11/2019 | $524.73 | $1,050.15 | $0.00 | $0.00 | $0.00 | $1,574.88 | Autopost | 209855.46 | 0.00 | 02/01/2019 |
| 01/11/2019 | 01/11/2019 | $522.13 | $1,052.75 | $0.00 | $0.00 | $0.00 | $1,574.88 | Autopost | 210380.19 | 0.00 | 01/01/2019 |
| 12/20/2018 | 12/20/2018 | $519.53 | $1,055.35 | $0.00 | $0.00 | $0.00 | $1,574.88 | Autopost | 210902.32 | 0.00 | 12/01/2018 |



**U.S. Bank Confidential Communication**

Requested by: Zhanna Tatevosyan

This check image contains confidential information. If you print this image, please store it in a secure place to avoid unauthorized usage of this information. Increased security awareness when discarding or destroying this document is recommended.

| Item #1 | | Item #2 | |
|---|---|---|---|
| Account No.: | Check No.: 197 | Account No.: 1. | Check No.: 204 |
| Sequence No.: | Amount: $360.00 | | Amount: $4175.00 |
| Routing No.: | Date: 05/31/2018 | Routing No.: | Date: 05/07/2018 |

Front:

Back:

| Item #3 | | Item #4 | |
|---|---|---|---|
| Account No.: 1 | Check No.: 203 | Account No.: | Check No.: 0 |
| Sequence No.: | Amount: $2142.00 | Sequence No.: 0 | Amount: $1200.00 |
| Routing No.: 1 | Date: 04/30/2018 | Routing No.: | Date: 04/23/2018 |

Front:

Back:

| Item #5 | | Item #6 | |
|---|---|---|---|
| Account No.: | Check No.: 202 | Account No.: | Check No.: 201 |
| Sequence No.: | Amount: $4175.00 | Sequence No.: | Amount: $8000.00 |
| Routing No.: | Date: 04/20/2018 | Routing No.: | Date: 04/05/2018 |

Front:

Back:

*#Yhibit 14*

Print Images                                                                                    Page 2 of 6

## U.S. Bank Confidential Communication                                

Requested by: Zhanna Tatevosyan

This check image contains confidential information. If you print this image, please store it in a secure place to avoid
unauthorized usage of this information. Increased security awareness when discarding or destroying this document is
recommended.

| Item #7 | | Item #8 | |
|---|---|---|---|
| Account No.: | Check No.: 199 | Account No.: | Check No.: 200 |
| Sequence No.: | Amount: $4175.00 | Sequence No.: | Amount: $7000.00 |
| Routing No.: | Date: 03/22/2018 | Routing No.: | Date: 03/19/2018 |
| Front: | | Front: | |
| Back: | | Back: | |

| Item #9 | | Item #10 | |
|---|---|---|---|
| Account No.: | Check No.: 196 | Account No.: | Check No.: 195 |
| Sequence No.: | Amount: $3722.00 | Sequence No.: | Amount: $4100.00 |
| Routing No.: | Date: 02/22/2018 | Routing No.: | Date: 01/16/2018 |
| Front: | | Front: | |
| Back: | | Back: | |

| Item #11 | | Item #12 | |
|---|---|---|---|
| Account No.: | Check No.: 194 | Account No.: | Check No.: 193 |
| Sequence No.: | Amount: $3500.00 | Sequence No.: | Amount: $4100.00 |
| Routing No.: | Date: 01/09/2018 | Routing No.: | Date: 12/11/2017 |
| Front: | | Front: | |
| Back: | | Back: | |

Print Images

## U.S. Bank Confidential Communication



Requested by: Zhanna Tatevosyan

This check image contains confidential information. If you print this image, please store it in a secure place to avoid unauthorized usage of this information. Increased security awareness when discarding or destroying this document is recommended.

| Item #13 | | Item #14 | |
|---|---|---|---|
| Account No.: | Check No.: 192 | Account No.: | Check No.: 158 |
| Sequence No.: | Amount: $4100.00 | Sequence No.: | Amount: $4100.00 |
| Routing No.: | Date: 11/27/2017 | Routing No.: | Date: 10/18/2017 |
| Front: | | Front: | |
| Back: | | Back: | |

| Item #15 | | Item #16 | |
|---|---|---|---|
| Account No.: | Check No.: 151 | Account No.: | Check No.: 159 |
| Sequence No.: | Amount: $15000.00 | Sequence No.: | Amount: $400.00 |
| Routing No.: | Date: 10/10/2017 | Routing No.: | Date: 10/10/2017 |
| Front: | | Front: | |
| Back: | | Back: | |

| Item #17 | | Item #18 | |
|---|---|---|---|
| Account No.: | Check No.: 155 | Account No.: | Check No.: 153 |
| Sequence No.: | Amount: $2200.00 | Sequence No.: | Amount: $5900.00 |
| Routing No.: | Date: 09/20/2017 | Routing No.: | Date: 09/19/2017 |
| Front: | | Front: | |
| Back: | | Back: | |

Print Images                                                                          Page 4 of 6

**U.S. Bank Confidential Communication**                                 

Requested by: Zhanna Tatevosyan

This check image contains confidential information. If you print this image, please store it in a secure place to avoid
unauthorized usage of this information. Increased security awareness when discarding or destroying this document is
recommended.

| Item #19 | | Item #20 | |
|---|---|---|---|
| Account No.: | Check No.: 145 | Account No.: 15... | Check No.: 150 |
| Sequence No.: | Amount: JU... | Sequence No.: | Amount: $4100.00 |
| Routing No.: | Date: 09/18/2017 | Routing No... | Date: 09/18/2017 |
| **Front:** | | **Front:** | |
| **Back:** | | **Back:** | |

| Item #21 | | Item #22 | |
|---|---|---|---|
| Account No.: | Check No.: 154 | Account No.: | Check No.: 152 |
| Sequence No.: | Amount: $800.00 | Sequence No.: | Amount: $2000.00 |
| Routing No.: | Date: 09/07/2017 | Routing No.: | Date: 09/06/2017 |
| **Front:** | | **Front:** | |
| **Back:** | | **Back:** | |

| Item #23 | | Item #24 | |
|---|---|---|---|
| Account No.: | Check No.: 142 | Account No.: | Check No.: 149 |
| Sequence No.: | Amount: $4100.00 | Sequence No.: | Amount: $3000.00 |
| Routing No.: 1... | Date: 08/15/2017 | Routing No.: | Date: 08/10/2017 |
| **Front:** | | **Front:** | |
| **Back:** | | **Back:** | |

# EXHIBIT 2

**SCHEDULE A**
(Form 1040)

Department of the Treasury
Internal Revenue Service (99)

Name(s) shown on Form 1040

**Itemized Deductions**

► Go to *www.irs.gov/ScheduleA* for instructions and the latest information.
► Attach to Form 1040.

Caution: If you are claiming a net qualified disaster loss on Form 4684, see the instructions for line 28.

OMB No. 1545-0074

**2017**

Attachment
Sequence No. 07

Your social security number

IRAJ HOUSHMAND NAGHASHAN | 8016

| | | | | |
|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution: Do not include expenses reimbursed or paid by others. | | |
| | 1 | Medical and dental expenses (see instructions) . . . . . . . . . . . . . | 1 | |
| | 2 | Enter amount from Form 1040, line 38 . . . . . .  [2] | | |
| | 3 | Multiply line 2 by 7.5% (0.075) . . . . . . . . . . | 3 | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- . . . | 4 | 0. |
| **Taxes You Paid** | 5 | State and local (check only one box): | | |
| | | a ☐ Income taxes, **or** | | |
| | | b ☒ General sales taxes | 5 | 329. |
| | 6 | Real estate taxes (see instructions) . . . . . . . . . . | 6 | 2,278. |
| | 7 | Personal property taxes . . . . . . . . . . . . . | 7 | |
| | 8 | Other taxes. List type and amount ► _ _ _ _ _ _ _ _ _ _ | 8 | |
| | 9 | Add lines 5 through 8 . . . . . . . . . . . . . . | 9 | 2,607. |
| **Interest You Paid** | 10 | Home mortgage interest and points reported to you on Form 1098 . . . | 10 | 21,760. |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying no., and address ► | | |
| **Note:** Your mortgage interest deduction may be limited (see instructions). | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | 11 | |
| | 12 | Points not reported to you on Form 1098. See instructions for special rules . . . | 12 | |
| | 13 | Mortgage insurance premiums (see instructions) . . . . . . . | 13 | |
| | 14 | Investment interest. Attach Form 4952 if required.  See instructions. | 14 | |
| | 15 | Add lines 10 through 14 . . . . . . . . . . . . . | 15 | 21,760. |
| **Gifts to Charity** | 16 | Gifts by cash or check. If you made any gift of $250 or more, see instructions . . . . . . . . . . . | 16 | |
| If you made a gift and got a benefit for it, see instructions. | 17 | Other than by cash or check. If any gift of $250 or more, see instructions. You **must** attach Form 8283 if over $500 . . . . . . . . . . . . . . | 17 | |
| | 18 | Carryover from prior year . . . . . . . . . . . | 18 | |
| | 19 | Add lines 16 through 18 . . . . . . . . . . . . | 19 | 0. |
| **Casualty and Theft Losses** | 20 | Casualty or theft loss(es) other than net qualified disaster losses. Attach Form 4684 and enter the amount from line 18 of that form. See instructions . . . | 20 | 0. |
| **Job Expenses and Certain Miscellaneous Deductions** | 21 | Unreimbursed employee expenses—job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. See instructions. ► _ _ _ _ _ _ _ _ _ | 21 | |
| | 22 | Tax preparation fees . . . . . . . . . . . . . | 22 | |
| | 23 | Other expenses—investment, safe deposit box, etc. List type and amount ► _ _ _ _ _ _ _ _ _ _ _ | 23 | |
| | 24 | Add lines 21 through 23 . . . . . . . . . . . . | 24 | |
| | 25 | Enter amount from Form 1040, line 38 . . . . .  [25] | 25 | |
| | 26 | Multiply line 25 by 2% (0.02) . . . . . . . . . . | 26 | |
| | 27 | Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- . . . | 27 | 0. |
| **Other Miscellaneous Deductions** | 28 | Other—from list in instructions. List type and amount ► _ _ _ _ _ _ _ _ | 28 | 0. |
| **Total Itemized Deductions** | 29 | Is Form 1040, line 38, over $156,900? ☒ **No.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40. ☐ **Yes.** Your deduction may be limited. See the Itemized Deductions Worksheet in the instructions to figure the amount to enter. | 29 | 24,367. |
| | 30 | If you elect to itemize deductions even though they are less than your standard deduction, check here . . . . . . . . . . . . ► ☐ | | |

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1040.**

FDIA0301L  02/22/18

Schedule A (Form 1040) 2017

| Schedule E (Form 1040) 2017 | Attachment Sequence No. 13 | | Page 2 |
|---|---|---|---|

Name(s) shown on return. Do not enter name and social security number if shown on Page 1.

IRAJ HOUSHMAND NAGHASHAN

**Your social security number**    ▓▓▓▓ 8016

**Caution:** The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

## Part II    Income or Loss From Partnerships and S Corporations

**Note:** If you report a loss from an at-risk activity for which **any** amount is **not** at risk, you **must** check the box in column (e) on line 28 and attach **Form 6198**. See instructions.

27  Are you reporting any loss not allowed in a prior year due to the at-risk, excess farm loss, or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses? If you answered "Yes," see instructions before completing this section ....................    ☐ Yes    ☒ No

| 28 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if any amount is not at risk |
|---|---|---|---|---|---|
| A | EL SALON OF BEVERLY HILLS INC. | S | | ▓▓▓2046 | |
| B | | | | | |
| C | | | | | |
| D | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (f) Passive loss allowed (attach Form 8582 if required) | (g) Passive income from Schedule K-1 | (h) Nonpassive loss from Schedule K-1 | (i) Section 179 expense deduction from Form 4562 | (j) Nonpassive income from Schedule K-1 |
| A | | 9,707. | | | |
| B | | | | | |
| C | | | | | |
| D | | | | | |
| 29 a Totals | | 9,707. | | | |
| b Totals | | | | | |

| 30 | Add columns (g) and (j) of line 29a .............................. | 30 | 9,707. |
|---|---|---|---|
| 31 | Add columns (f), (h), and (i) of line 29b ........................... | 31 | |
| 32 | **Total partnership and S corporation income or (loss).** Combine lines 30 and 31. Enter the result here and include in the total on line 41 below ..................................... | 32 | 9,707. |

## Part III    Income or Loss From Estates and Trusts

| 33 | (a) Name | (b) Employer ID no. |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |
| 34 a Totals | | | | |
| b Totals | | | | |

| 35 | Add columns (d) and (f) of line 34a ............................. | 35 | |
|---|---|---|---|
| 36 | Add columns (c) and (e) of line 34b ............................. | 36 | |
| 37 | **Total estate and trust income or (loss).** Combine lines 35 and 36. Enter the result here and include in the total on line 41 below. | 37 | |

## Part IV    Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) — Residual Holder

| 38 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see instructions) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |

| 39 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below........... | 39 | |
|---|---|---|---|

## Part V    Summary

| 40 | Net farm rental income or (loss) from Form 4835. Also, complete line 42 below ...................... | 40 | |
|---|---|---|---|
| 41 | **Total income or (loss).** Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Form 1040, line 17, or Form 1040NR, line 18 ..................▶ | 41 | 9,707. |
| 42 | **Reconciliation of farming and fishing income.** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120S), box 17, code V; and Schedule K-1 (Form 1041), box 14, code F (see instructions) ................... | 42 | |
| 43 | **Reconciliation for real estate professionals.** If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040 or Form 1040NR from all rental real estate activities in which you materially participated under the passive activity loss rules. | 43 | |

BAA                        FDIZ2302L  10/23/17                        Schedule E (Form 1040) 2017

**SCHEDULE A**
(Form 1040)

Department of the Treasury
Internal Revenue Service    (99)

**Itemized Deductions**

► Go to *www.irs.gov/ScheduleA* for instructions and the latest information.
► Attach to Form 1040.

Caution: If you are claiming a net qualified disaster loss on Form 4684, see the instructions for line 16.

OMB No. 1545-0074

**2018**

Attachment
Sequence No.    **07**

Name(s) shown on Form 1040
IRAJ HOUSHMAND NAGHASHAN

Your social security number
016

| | | | | |
|---|---|---|---|---|
| **Medical and Dental Expenses** | Caution: Do not include expenses reimbursed or paid by others. | | | |
| | 1  Medical and dental expenses (see instructions) | 1 | | |
| | 2  Enter amount from Form 1040, line 7 .... | 2 | | |
| | 3  Multiply line 2 by 7.5% (0.075) | 3 | | |
| | 4  Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | 4 | | 0. |
| **Taxes You Paid** | 5  State and local taxes. | | | |
| | **a** State and local income taxes or general sales taxes. You may include either income taxes or general sales taxes on line 5a, but not both. If you elect to include general sales taxes instead of income taxes, check this box............... ► [X] | 5a | 606. | |
| | **b** State and local real estate taxes (see instructions)... | 5b | 9,314. | |
| | **c** State and local personal property taxes. | 5c | | |
| | **d** Add lines 5a through 5c. | 5d | 9,920. | |
| | **e** Enter the smaller of line 5d or $10,000 ($5,000 if married filing separately)... | 5e | 9,920. | |
| | 6  Other taxes. List type and amount ► _____ | 6 | | |
| | 7  Add lines 5e and 6 | 7 | | 9,920. |
| **Interest You Paid** **Caution:** Your mortgage interest deduction may be limited (see instructions). | 8  Home mortgage interest and points. If you didn't use all of your home mortgage loan(s) to buy, build, or improve your home, see instructions and check this box.......... ☐ | | | |
| | **a** Home mortgage interest and points reported to you on Form 1098... | 8a | 19,348. | |
| | **b** Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying no., and address ► | | | |
| | _____ _____ _____ _____ | 8b | | |
| | **c** Points not reported to you on Form 1098. See instructions for special rules.... | 8c | | |
| | **d** Reserved | 8d | | |
| | **e** Add lines 8a through 8c... | 8e | 19,348. | |
| | 9  Investment interest. Attach Form 4952 if required. See instructions. | 9 | | |
| | 10  Add lines 8e and 9 | 10 | | 19,348. |
| **Gifts to Charity** If you made a gift and got a benefit for it, see instructions. | 11  Gifts by cash or check. If you made any gift of $250 or more, see instructions | 11 | | |
| | 12  Other than by cash or check. If any gift of $250 or more, see instructions. You **must** attach Form 8283 if over $500. | 12 | | |
| | 13  Carryover from prior year | 13 | | |
| | 14  Add lines 11 through 13 | 14 | | 0. |
| **Casualty and Theft Losses** | 15  Casualty and theft loss(es) from a federally declared disaster (other than net qualified disaster losses). Attach Form 4684 and enter the amount from line 18 of that form. See instructions. | 15 | | 0. |
| **Other Itemized Deductions** | 16  Other—from list in instructions. List type and amount ► _____ _____ | 16 | | 0. |
| **Total Itemized Deductions** | 17  Add the amounts in the far right column for lines 4 through 16. Also, enter this amount on Form 1040, line 8. | 17 | | 29,268. |
| | 18  If you elect to itemize deductions even though they are less than your standard deduction, check here..... ► ☐ | | | |

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1040.**    FDIA0301L  11/29/18    Schedule A (Form 1040) 2018

Schedule E (Form 1040) 2018 — Attachment Sequence No. 13 — Page 2

Name(s) shown on return. Do not enter name and social security number if shown on Page 1.

**IRAJ HOUSHMAND NAGHASHAN**

Your social security number: ▮▮-8016

Caution: The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

## Part II — Income or Loss From Partnerships and S Corporations

Note: If you report a loss, receive a distribution, dispose of stock, or receive a loan repayment from an S corporation, you **must** check the box in column (e) on line 28 and attach the required basis computation. If you report a loss from an at-risk activity for which any amount is **not** at risk, you **must** check the box in column (f) on line 28 and attach Form 6198 (see instructions).

27  Are you reporting any loss not allowed in a prior year due to the at-risk, excess farm loss, or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses? If you answered "Yes," see instructions before completing this section........  ☐ Yes  ☒ No

| 28 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if basis computation is required | (f) Check if any amount is not at risk |
|---|---|---|---|---|---|---|
| A | EL SALON OF BEVERLY HILLS INC. | S | | ▮▮▮-2046 | | |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (g) Passive loss allowed (attach Form 8582 if required) | (h) Passive income from Schedule K-1 | (i) Nonpassive loss from Schedule K-1 | (j) Section 179 expense deduction from Form 4562 | (k) Nonpassive income from Schedule K-1 |
| A | | 22,210. | | | |
| B | | | | | |
| C | | | | | |
| D | | | | | |
| 29a Totals | | 22,210. | | | |
| b Totals | | | | | |

| 30 | Add columns (h) and (k) of line 29a.... | 30 | 22,210. |
|---|---|---|---|
| 31 | Add columns (g), (i), and (j) of line 29b.... | 31 | |
| 32 | Total partnership and S corporation income or (loss). Combine lines 30 and 31.... | 32 | 22,210. |

## Part III — Income or Loss From Estates and Trusts

| 33 | (a) Name | (b) Employer ID no. |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |
| 34a Totals | | | | |
| b Totals | | | | |

| 35 | Add columns (d) and (f) of line 34a.... | 35 | |
|---|---|---|---|
| 36 | Add columns (c) and (e) of line 34b.... | 36 | |
| 37 | Total estate and trust income or (loss). Combine lines 35 and 36.... | 37 | |

## Part IV — Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) — Residual Holder

| 38 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see instructions) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |

| 39 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below.... | 39 | |
|---|---|---|---|

## Part V — Summary

| 40 | Net farm rental income or (loss) from Form 4835. Also, complete line 42 below.... | 40 | |
|---|---|---|---|
| 41 | Total income or (loss). Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Schedule 1 (Form 1040), line 17, or Form 1040NR, line 18.... ▶ | 41 | 22,210. |

42  Reconciliation of farming and fishing income. Enter your gross farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120S), box 17, code AC; and Schedule K-1 (Form 1041), box 14, code F (see instructions)....  | 42 |

43  Reconciliation for real estate professionals. If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040 or Form 1040NR from all rental real estate activities in which you materially participated under the passive activity loss rules....  | 43 |

BAA    FDIZ2302L  02/15/19    Schedule E (Form 1040) 2018

# EXHIBIT 3

**DE-226**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(name, address, and State Bar number):*
After recording, return to:
Shahin Motallebi Esq.    SBN 210870
Law Offices of Shahin Motallebi
1575 Westwood Blvd., Suite 201
Los Angeles, CA 90024

TEL NO.: (310) 268-1685    FAX NO. *(optional):* (310)683-0255
E-MAIL ADDRESS *(optional):* smotallebi@lawoffice2.com
ATTORNEY FOR *(name):* Tayyebeh Shajariizadi

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 N. Hill Street
MAILING ADDRESS: 111 N. Hill Street
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Central

FOR RECORDER'S USE ONLY

| ESTATE OF *(Name):* | CASE NUMBER: |
| IRAJ HOOSHMAND NAGHASHAN | 21STPB02273 |
| DECEDENT | |

[X] **SPOUSAL**  [ ] **DOMESTIC PARTNER**  **PROPERTY ORDER**

FOR COURT USE ONLY

1. Date of hearing: September 15, 2021    Time: 8:30
   Dept.: 9    Room:

**THE COURT FINDS**

2. All notices required by law have been given.

3. Decedent died on *(date):* October 24, 2019
   a. [X] a resident of the California county named above.
   b. [ ] a nonresident of California and left an estate in the county named above.
   c. [X] intestate.    [ ] testate.

4. Decedent's [X] surviving spouse    [ ] surviving registered domestic partner
   is *(name):* Tayyebeh Shajariizadi

**THE COURT FURTHER FINDS AND ORDERS**

5. a. [X] The property described in Attachment 5a is property passing to the surviving spouse or surviving registered domestic partner named in item 4, and no administration of it is necessary.
   b. [X] See Attachment 5b for further order(s) respecting transfer of the property to the surviving spouse or surviving registered domestic partner named in Item 4.

6. [ ] To protect the interests of the creditors of *(business name):*
   an unincorporated trade or business, a list of all its known creditors and the amount owed each is on file.
   a. [ ] Within *(specify):*         days from this date, the surviving spouse or surviving registered domestic partner named in item 4 shall file an undertaking in the amount of $
   b. [ ] See Attachment 6b for further order(s) protecting the interests of creditors of the business.

7. a. [X] The property described in Attachment 7a is property that belonged to the surviving spouse or surviving registered domestic partner under Family Code section 297.5 and Probate Code sections 100 and 101, and the surviving spouse's or surviving domestic partner's ownership upon decedent's death is confirmed.
   b. [X] See Attachment 7b for further order(s) respecting transfer of the property to the surviving spouse or surviving domestic partner.

8. [ ] All property described in the *Spousal or Domestic Partner Property Petition* that is not determined to be property passing to the surviving spouse or surviving registered domestic partner under Probate Code section 13500, or confirmed as belonging to the surviving spouse or surviving registered domestic partner under Probate Code sections 100 and 101, shall be subject to administration in the estate of decedent.    [ ] All of such property is described in Attachment 8.

9. [ ] Other *(specify):*

see last page

[ ] Continued in Attachment 9.

10. Number of pages attached: 4

Date:

JUDICIAL OFFICER
[X] SIGNATURE FOLLOWS LAST ATTACHMENT

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
DE-226 [Rev. January 1, 2015]

**SPOUSAL OR DOMESTIC PARTNER PROPERTY ORDER**
**(Probate—Decedents Estates)**

Family Code, § 297.5;
Probate Code, § 13656
www.courts.ca.gov

# ATTACHMENT 5a

Decedent's ownership interest in the following real property:

## LEGAL DESCRIPTION

**PARCEL 1:**

THAT PORTION OF LOT 1 OF TRACT NO. 23984, IN THE CITY OF LOS ANGELES, COUNTY OF LOS

ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 857, PAGES 92 AND 93 OF MAPS,

IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, SHOWN AND DEFINED AS UNIT 35 ON

THE CONDOMINIUM PLAN RECORDED FEBRUARY 6, 1976, AS INSTRUMENT NO. 558, RECORDS OF SAID

COUNTY, AS DEFINED IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS

RECORDED NOVEMBER 7, 1975, AS INSTRUMENT NO. 4879, OFFICIAL RECORDS, RECORDS OF SAID

COUNTY, AND FIRST AMENDMENT THERETO RECORDED FEBRUARY 6, 1976, AS INSTRUMENT NO. 557,

OFFICIAL RECORDS.

**PARCEL 2:**

AN UNDIVIDED .0093 PERCENTAGE INTEREST IN AND TO LOT 1 OF SAID TRACT NO. 23984, IN THE CITY

OF LOS ANGELES, EXCEPT THEREFROM THOSE PORTIONS SHOWN AND DEFINED AS UNITS 1 TO 118

INCLUSIVE ON SAID CONDOMINIUM PLAN AND DEFINED IN SAID DECLARATION OF COVENANTS,

CONDITIONS AND RESTRICTIONS AND THE FIRST AMENDMENT THERETO.

**PARCEL 3:**

AN EXCLUSIVE EASEMENT FOR PARKING PURPOSES TO BE APPURTENANT TO PARCELS 1 AND 2 ABOVE,

IN, OVER, ACROSS AND THROUGH THAT PORTION OF THE COMMON AREA CONSISTING OF PARKING

AREA NOS. P-72 AND P-73 AND SHOWN AND DESCRIBED ON THE AFOREMENTIONED PARKING AND

STORAGE PLAN.


Commonly Known As: **10590 Wilshire Blvd, Unit 804, Los Angeles, CA 90024**

APN: **4326-002-056**

## ATTACHMENT 5b

Decedent's ownership interest in the following real property:

### LEGAL DESCRIPTION

LOT 60, OF ANGELES TRACT, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES. STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 2, PAGES 73 AND 74 OF MAPS. IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

Commonly Known As: **1624 S. Gramercy Place, Los Angeles, CA 90019**

APN: **5073-015-005**



## ATTACHMENT 7a

Surviving Spouse's ownership interest in the following real property:

### LEGAL DESCRIPTION

PARCEL 1:

THAT PORTION OF LOT 1 OF TRACT NO. 23984, IN THE CITY OF LOS ANGELES, COUNTY OF LOS

ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 857, PAGES 92 AND 93 OF MAPS,

IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, SHOWN AND DEFINED AS UNIT 35 ON

THE CONDOMINIUM PLAN RECORDED FEBRUARY 6, 1976, AS INSTRUMENT NO. 558, RECORDS OF SAID

COUNTY, AS DEFINED IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS

RECORDED NOVEMBER 7, 1975, AS INSTRUMENT NO. 4879, OFFICIAL RECORDS, RECORDS OF SAID

COUNTY, AND FIRST AMENDMENT THERETO RECORDED FEBRUARY 6, 1976, AS INSTRUMENT NO. 557,

OFFICIAL RECORDS.

PARCEL 2:

AN UNDIVIDED .0093 PERCENTAGE INTEREST IN AND TO LOT 1 OF SAID TRACT NO. 23984, IN THE CITY

OF LOS ANGELES, EXCEPT THEREFROM THOSE PORTIONS SHOWN AND DEFINED AS UNITS 1 TO 118

INCLUSIVE ON SAID CONDOMINIUM PLAN AND DEFINED IN SAID DECLARATION OF COVENANTS,

CONDITIONS AND RESTRICTIONS AND THE FIRST AMENDMENT THERETO.

PARCEL 3:

AN EXCLUSIVE EASEMENT FOR PARKING PURPOSES TO BE APPURTENANT TO PARCELS 1 AND 2 ABOVE,

IN, OVER, ACROSS AND THROUGH THAT PORTION OF THE COMMON AREA CONSISTING OF PARKING

AREA NOS. P-72 AND P-73 AND SHOWN AND DESCRIBED ON THE AFOREMENTIONED PARKING AND

STORAGE PLAN.


Commonly Known As: **10590 Wilshire Blvd, Unit 804, Los Angeles, CA 90024**

APN: **4326-002-056**

## ATTACHMENT 7b

Surviving Spouse's ownership interest in the following real property:

### LEGAL DESCRIPTION

LOT 60, OF ANGELES TRACT, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES. STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 2, PAGES 73 AND 74 OF MAPS. IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

Commonly Known As: 1624 S. Gramercy Place, Los Angeles, CA 90019

APN: 5073-015-005

Dated:  November 10, 2021



GLW



BOE-502-A (P1) REV. 14 (05-18) ASSR-70 (REV. 11-19)

## PRELIMINARY CHANGE OF OWNERSHIP REPORT

To be completed by the transferee (buyer) prior to a transfer of subject property, in accordance with section 480.3 of the Revenue and Taxation Code. A *Preliminary Change of Ownership Report* must be filed with each conveyance in the County Recorder's office for the county where the property is located.



**JEFFREY PRANG**
*Assessor*

FOR RECORDER'S USE ONLY
DOCUMENT NO. / RECORDING DATE

NAME AND MAILING ADDRESS OF BUYER/TRANSFEREE
(Make necessary corrections to the printed name and mailing address)

Tayyebeh Shajanizadi
9453 Charleville Blvd.
Beverly Hills, CA 90212

ASSESSOR'S PARCEL NUMBER
5073-015-005
SELLER/TRANSFEROR
Iraj Houshmand Naghashan
BUYER'S DAYTIME TELEPHONE NUMBER
( 310 ) 990-2780
BUYER'S EMAIL ADDRESS
lilaizadi@yahoo.com

STREET ADDRESS OR PHYSICAL LOCATION OF REAL PROPERTY
1624 S. Gramercy Place, Los Angeles, CA 90019

[ ] YES [✓] NO  This property is intended as my principal residence. If YES, please indicate the date of occupancy or intended occupancy.   MO [ ] DAY [ ] YEAR [ ]

[ ] YES [✓] NO  Are you a disabled veteran or a unmarried surviving spouse of a disabled veteran who was compensated at 100% by the Department of Veterans Affairs?

MAIL PROPERTY TAX INFORMATION TO (NAME)
Tayyebeh Shajanizadi

MAIL PROPERTY TAX INFORMATION TO (ADDRESS)
9453 Charleville Blvd.     | CITY Beverly Hills | STATE CA | ZIP CODE 90212

## PART 1. TRANSFER INFORMATION      *Please complete all statements.*

This section contains possible exclusions from reassessment for certain types of transfers.

| YES | NO | |
|---|---|---|
| [✓] | [ ] | A. This transfer is solely between spouses (*addition or removal of a spouse, death of a spouse, divorce settlement, etc.*). |
| [ ] | [✓] | B. This transfer is solely between domestic partners currently registered with the California Secretary of State (*addition or removal of a partner, death of a partner, termination settlement, etc.*). |
| [ ] | [✓] | * C. This is a transfer: [ ] between parent(s) and child(ren) [ ] from grandparent(s) to grandchild(ren). |
| [ ] | [✓] | * D. This transfer is the result of a cotenant's death. Date of death _____ |
| [ ] | [✓] | * E. This transaction is to replace a principal residence owned by a person 55 years of age or older. Within the same county? [ ] YES [ ] NO |
| [ ] | [✓] | * F. This transaction is to replace a principal residence by a person who is severely disabled as defined by Revenue and Taxation Code section 69.5. Within the same county? [ ] YES [ ] NO |
| [ ] | [✓] | G. This transaction is only a correction of the name(s) of the person(s) holding title to the property (*e.g., a name change upon marriage*). If YES, please explain. |
| [ ] | [✓] | H. The recorded document creates, terminates, or reconveys a lender's interest in the property. |
| [ ] | [✓] | I. This transaction is recorded only as a requirement for financing purposes or to create, terminate, or reconvey a security interest (*e.g., cosigner*). If YES, please explain: _____ |
| [ ] | [✓] | J. The recorded document substitutes a trustee of a trust, mortgage, or other similar document. |
| | | K. This is a transfer of property: |
| [ ] | [✓] | 1. to/from a revocable trust that may be revoked by the transferor and is for the benefit of [ ] the transferor, and/or [ ] the transferor's spouse [ ] registered domestic partner. |
| [ ] | [✓] | 2. to/from an irrevocable trust for the benefit of the [ ] creator/grantor/trustor and/or [ ] grantor's/trustor's spouse [ ] grantor's/trustor's registered domestic partner. |
| [ ] | [✓] | L. This property is subject to a lease with a remaining lease term of 35 years or more including written options. |
| [ ] | [✓] | M. This is a transfer between parties in which proportional interests of the transferor(s) and transferee(s) in each and every parcel being transferred remain exactly the same after the transfer. |
| [ ] | [✓] | N. This is a transfer subject to subsidized low-income housing requirements with governmentally imposed restrictions, or restrictions imposed by specified nonprofit corporations. |
| [ ] | [✓] | * O. This transfer is to the first purchaser of a new building containing an active solar energy system. |
| [✓] | [ ] | P. Other. This transfer is to surviving spouse by Court Order. |

* Please refer to the instructions for Part 1.

**Please provide any other information that will help the Assessor understand the nature of the transfer.**

---

**THIS DOCUMENT IS NOT SUBJECT TO PUBLIC INSPECTION**

BOE-502-A (P2) REV. 14 (05-18) ASSR-70 (REV. 11-19)

## PART 2. OTHER TRANSFER INFORMATION          *Check and complete as applicable.*

A. Date of transfer, if other than recording date. _____

B. Type of transfer:

[ ] Purchase   [ ] Foreclosure   [ ] Gift   [ ] Trade or exchange   [ ] Merger, stock, or partnership acquisition (Form BOE-100-B)

[ ] Contract of sale. Date of contract: _____   [ ] Inheritance. Date of death: _____

[ ] Sale/leaseback   [ ] Creation of a lease   [ ] Assignment of a lease   [ ] Termination of a lease. Date lease began: _____

Original term in years *(including written options)*: _____   Remaining term in years *(including written options)*: _____

[ ] Other. Please explain: _____

C. Only a partial interest in the property was transferred  [ ] YES  [ ] NO    If YES, indicate the percentage transferred: _____ %

## PART 3. PURCHASE PRICE AND TERMS OF SALE          *Check and complete as applicable.*

A. Total purchase price                                                                                          $_____

B. Cash down payment or value of trade or exchange excluding closing costs                     Amount $_____

C. First deed of trust @ _____% interest for _____ years.   Monthly payment $_____   Amount $_____

[ ] FHA (_____ Discount Points)   [ ] Cal-Vet   [ ] VA (_____ Discount Points)   [ ] Fixed rate   [ ] Variable rate

[ ] Bank/Savings & Loan/Credit Union   [ ] Loan carried by seller

[ ] Balloon payment $_____   Due date: _____

D. Second deed of trust @ _____% interest for _____ years. Monthly payment $_____   Amount $_____

[ ] Fixed rate   [ ] Variable rate   [ ] Bank/Savings & Loan/Credit Union   [ ] Loan carried by seller

[ ] Balloon payment $_____   Due date: _____

E. Was an Improvement Bond or other public financing assumed by the buyer?  [ ] YES  [ ] NO    Outstanding balance $_____

F. Amount, if any, of real estate commission fees paid by the buyer which are not included in the purchase price   $_____

G. The property was purchased:  [ ] Through real estate broker. Broker name_____   Phone number: (____)_____

[ ] Direct from seller   [ ] From a family member-Relationship _____

[ ] Other. Please explain: _____

H. Please explain any special terms, seller concessions, broker/agent fees waived, financing, and any other information (e.g. buyer assumed the existing loan balance) that would assist the Assessor in the valuation of your property.

## PART 4. PROPERTY INFORMATION          *Check and complete as applicable.*

A. Type of property transferred

[ ] Single-family residence                                          [ ] Co-op/Own-your-own        [ ] Manufactured home

[ ] Multiple-family residence. Number of units: _____        [ ] Condominium                 [ ] Unimproved lot

[ ] Other. Description: (i.e., timber, mineral, water rights, etc.)   [ ] Timeshare              [ ] Commercial/Industrial

B. [ ] YES  [ ] NO   Personal/business property, or incentives, provided by seller to buyer are included in the purchase price. Examples of personal property are furniture, farm equipment, machinery, etc. Examples of incentives are club memberships, etc. Attach list if available.

If YES, enter the value of the personal/business property: $_____   Incentives $_____

C. [ ] YES  [ ] NO   A manufactured home is included in the purchase price.

If YES, enter the value attributed to the manufactured home: $_____

[ ] YES  [ ] NO   The manufactured home is subject to local property tax. If NO, enter decal number _____

D. [ ] YES  [ ] NO   The property produces rental or other income.

If YES, the income is from:  [ ] Lease/rent   [ ] Contract   [ ] Mineral rights   [ ] Other _____

E. The condition of the property at the time of sale was:  [ ] Good   [ ] Average   [ ] Fair   [ ] Poor

Please describe: _____

## CERTIFICATION

*I certify (or declare) that the foregoing and all information hereon, including any accompanying statements or documents, is true and correct to the best of my knowledge and belief.*

SIGNATURE OF BUYER/TRANSFEREE OR CORPORATE OFFICER

►

DATE  10/25/2021

TELEPHONE  ( 310 ) 990-2780

NAME OF BUYER/TRANSFEREE/PERSONAL REPRESENTATIVE/CORPORATE OFFICER (PLEASE PRINT)
Tayyebeh Shajarizadi

TITLE  Owner

EMAIL ADDRESS  tilaizadi@yahoo.com

The Assessor's office may contact you for additional information regarding this transaction.

Please see reverse side



Country of Residence:
ISLAMIC REPUBLIC OF IRAN
Place of Issue :
IMMIGRATION AND PASSPORT
POLICE

GWQUPX253VJQG—34TSFXD2Q4SZ6

Name & Position of Issuing Authority :
COLONEL MAJID SAMADI
IMMIGRATION AND PASSPORT POLICE CHIEF

ISLAMIC REPUBLIC OF IRAN
PASSPORT
Type : P    County code : IRN    Passport No : T45593664
Surname : SHAJARIIZADI
Name : TAYYEBEH
Father's Name : TAGHI
Date & Place of Birth : 11/11/1949  MASHHAD

Sex : F
Date of Issue : 16/05/2018
Date of Expiry : 16/05/2023

P<IRNSHAJARIIZADI<<TAYYEBEH<<<<<<<<<<<<<<<<
T45593664 9IRN4911117F2305167<<<<<<<<<<<<<<02

 

This page is part of your document - DO NOT DISCARD

## 20220171491





Pages:
0003

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

02/11/22 AT 08:00AM

| FEES: | 45.00 |
|---|---|
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 120.00 |

PCOR SURCHARGE $20.00





LEADSHEET



202202110200021

00021944360



013153693

SEQ:
01

SECURE - 8:00AM



THIS FORM IS NOT TO BE DUPLICATED



112127963

RECORDING REQUESTED BY
CHICAGO TITLE COMPANY

RECORDING REQUESTED BY
Tayyebeh Shajarizadi

MAIL TAX STATEMENT TO THE FOLLOWING
PERSONS. (MAIL BELOW AT THE FOLLOWING ADDRESS.)
WHEN RECORDED MAIL TO

NAME:  Tayyebeh Shajarizadi

MAILING    9430 Charleville Blvd
ADDRESS

CITY, STATE Beverly Hills, CA
ZIP CODE  90212

112-127963

SPACE ABOVE THI

"This conveyance change the manner in
which title is held, grantor(s) and grantee(s)
remain the same and continue
to hold the same proportionate interest.
R & T 11911

T I T L E (S)
QUITCLAIM DEED

Undersigned Grantor Declares:

DOCUMENTARY TRANSFER TAX: $ NONE

"Transfer under R&T 11911"

Tayyebeh Shajarizadi, Declarant

For no valuable consideration, Tayyebeh Shajarizadi, surviving spouse of IRAJ HOUSHMAND NAGHASHAN, a.k.a. IRAJ
HOUSHMAND NAGHASHAN, does hereby REMISE, RELEASE and FOREVER QUIT CLAIM to TAYYEBEH
SHAJARIZADI, an unmarried woman, the following described real property located in the city of Los Angeles, County of
Los Angeles, State of California:

LOT 60 OF ANGELES TRACT, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF
CALIFORNIA, AS PER MAP RECORDED IN BOOK 2, PAGES 73 AND 74 OF MAPS, IN THE OFFICE OF THE
COUNTY RECORDER OF SAID COUNTY.

Commonly known as:   1624 S. Gramercy Place, Los Angeles, CA 90019

APN:   5073-015-005

This is a court ordered conveyance or decree that is not pursant to sale, exempt from documentary transfer tax under R & T 11911.

Date: February 9 2022

Tayyebeh Shajarizadi

This document is being recorded
as an accommodation only
and Chicago Title Insurance
Company assumes no responsi-
bility for the correctness
or validity thereof.

MAIL TAX INFORMATION AS DIRECTED ABOVE

RECORDED AT THE REQUEST OF
CHICAGO TITLE COMPANY

RECORDING REQUESTED BY

Tayyebeh Shajarizadi

MAIL DEED & TAX STATEMENT TO THE FOLLOWING
PERSON NAMED BELOW AT THE FOLLOWING ADDRESS

WHEN RECORDED MAIL TO

NAME   Tayyebeh Shajarizadi

MAILING    9453 Charleville Blvd.
ADDRESS

CITY, STATE  Beverly Hills, CA
ZIP CODE  90212

SPACE ABOVE THI

TITLE(S)
QUITCLAIM DEED

"This conveyance change the manner in
which title is held, grantor(s) and grantee(s)
remain the same and continue
to hold the same proportionate interest.
R & T 11911

Undersigned Grantor Declares:

DOCUMENTARY TRANSFER TAX: $ NONE

"Transfer under R&T 11911"

Tayyebeh Shajarizadi, Declarant

For no valuable consideration, Tayyebeh Shajarizadi, surviving spouse of IRAJ HOUSHMAND NAGHASHAN, a.k.a. IRAJ HOOSHMAND NAGHASHAN, does hereby REMISE, RELEASE and FOREVER QUIT CLAIM to TAYYEBEH SHAJARIZADI, an unmarried woman, the following described real property located in the city of Los Angeles, County of Los Angeles, State of California:

LOT 60 OF ANGELES TRACT, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 2, PAGES 73 AND 74 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

Commonly known as:   1624 S. Gramercy Place, Los Angeles, CA 90019

APN:   5073-015-005

This is a court-ordered conveyance or decree that is not pursuant to sale, exempt from documentary transfer tax under R & T 11911.

Date  February 9, 2022

Tayyebeh Shajarizadi

This document is being recorded
as an accommodation only
and Chicago Title Insurance
Company assumes no responsi-
bility for the correctness
or validity thereof.

MAIL TAX INFORMATION AS DIRECTED ABOVE

ACKNOWLEDGMENT

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate is
attached, and not the truthfulness, accuracy, or
validity of that document.

State of California
County of __Los Angeles_____

On __February 9, 2022__ before me, Soraaya Eslamieh, Notary Public
(insert name and title of the officer)

personally appeared __Tayyebeh Shajarizadi__
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal

Signature _____     (Seal)

SORAAYA ESLAMIEH
Notary Public - California
Los Angeles County
Commission # 2298597
My Comm. Expires Jul 26, 2023

# EXHIBIT 4

DE-226

ATTORNEY OR PARTY WITHOUT ATTORNEY *(name, address, and State Bar number):*
*After recording, return to:*
Shahin Motallebi, Esq.  SBN 210870
Law Offices of Shahin Motallebi
1575 Westwood Blvd., Suite 201
Los Angeles, CA 90024

TEL NO.: (310) 268-1885  FAX NO. *(optional):* (310)683-0255
E-MAIL ADDRESS *(optional):* smotallebi@lawoffice2.com
ATTORNEY FOR *(name):* Tayyebeh Shajarizadi

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 N. Hill Street
MAILING ADDRESS: 111 N. Hill Street
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Central

FOR RECORDER'S USE ONLY

ESTATE OF *(Name):*
IRAJ HOOSHMAND NAGHASHAN
DECEDENT

CASE NUMBER: 21STPB02273

FOR COURT USE ONLY

[ X ] SPOUSAL  [ ] DOMESTIC PARTNER  PROPERTY ORDER

1. Date of hearing: September 15, 2021  Time: 8:30
   Dept.: 9  Room:

**THE COURT FINDS**

2. All notices required by law have been given.
3. Decedent died on *(date):* October 24, 2019
   a. [ X ] a resident of the California county named above.
   b. [ ] a nonresident of California and left an estate in the county named
       above.
   c. [ X ] intestate.  [ ] testate.
4. Decedent's [ X ] surviving spouse  [ ] surviving registered domestic partner
   is *(name):* Tayyebeh Shajarizadi

**THE COURT FURTHER FINDS AND ORDERS**

5. a. [ X ] The property described in Attachment 5a is property passing to the surviving spouse or surviving registered domestic
            partner named in item 4, and no administration of it is necessary.
   b. [ X ] See Attachment 5b for further order(s) respecting transfer of the property to the surviving spouse or surviving registered
            domestic partner named in item 4.
6. [ ] To protect the interests of the creditors of *(business name):*
       an unincorporated trade or business, a list of all its known creditors and the amount owed each is on file.
   a. [ ] Within *(specify):* _____ days from this date, the surviving spouse or surviving registered domestic partner
          named in item 4 shall file an undertaking in the amount of $ _____
   b. [ ] See Attachment 6b for further order(s) protecting the interests of creditors of the business.
7. a. [ X ] The property described in Attachment 7a is property that belonged to the surviving spouse or surviving registered
            domestic partner under Family Code section 297.5 and Probate Code sections 100 and 101, and the surviving
            spouse's or surviving domestic partner's ownership upon decedent's death is confirmed.
   b. [ X ] See Attachment 7b for further order(s) respecting transfer of the property to the surviving spouse or surviving domestic
            partner.
8. [ ] All property described in the *Spousal or Domestic Partner Property Petition* that is not determined to be property passing to
       the surviving spouse or surviving registered domestic partner under Probate Code section 13500, or confirmed as belonging
       to the surviving spouse or surviving registered domestic partner under Probate Code sections 100 and 101, shall be subject
       to administration in the estate of decedent.  [ ] All of such property is described in Attachment 8.
9. [ ] Other *(specify):*

                                                                    see last page
                                    [ ] Continued in Attachment 9.
10. Number of pages attached: 4

Date: _____

                                          JUDICIAL OFFICER
                            [ X ] SIGNATURE FOLLOWS LAST ATTACHMENT

Page 1 of 1

SPOUSAL OR DOMESTIC PARTNER PROPERTY ORDER
(Probate—Decedents Estates)

Family Code, § 297.5;
Probate Code, § 13656
www.courts.ca.gov

## ATTACHMENT 5a

Decedent's ownership interest in the following real property:

### LEGAL DESCRIPTION

PARCEL 1:

THAT PORTION OF LOT 1 OF TRACT NO. 23984, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 857, PAGES 92 AND 93 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, SHOWN AND DEFINED AS UNIT 35 ON THE CONDOMINIUM PLAN RECORDED FEBRUARY 6, 1976, AS INSTRUMENT NO. 558, RECORDS OF SAID COUNTY, AS DEFINED IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS RECORDED NOVEMBER 7, 1975, AS INSTRUMENT NO. 4879, OFFICIAL RECORDS, RECORDS OF SAID COUNTY, AND FIRST AMENDMENT THERETO RECORDED FEBRUARY 6, 1976, AS INSTRUMENT NO. 557, OFFICIAL RECORDS.

PARCEL 2:

AN UNDIVIDED .0093 PERCENTAGE INTEREST IN AND TO LOT 1 OF SAID TRACT NO. 23984, IN THE CITY OF LOS ANGELES, EXCEPT THEREFROM THOSE PORTIONS SHOWN AND DEFINED AS UNITS 1 TO 118 INCLUSIVE ON SAID CONDOMINIUM PLAN AND DEFINED IN SAID DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND THE FIRST AMENDMENT THERETO.

PARCEL 3:

AN EXCLUSIVE EASEMENT FOR PARKING PURPOSES TO BE APPURTENANT TO PARCELS 1 AND 2 ABOVE, IN, OVER, ACROSS AND THROUGH THAT PORTION OF THE COMMON AREA CONSISTING OF PARKING AREA NOS. P-72 AND P-73 AND SHOWN AND DESCRIBED ON THE AFOREMENTIONED PARKING AND STORAGE PLAN.

Commonly Known As: 10590 Wilshire Blvd, Unit 804, Los Angeles, CA 90024

APN: 4326-002-056

## ATTACHMENT 5b

Decedent's ownership interest in the following real property:

### LEGAL DESCRIPTION

LOT 60, OF ANGELES TRACT, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES. STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 2, PAGES 73 AND 74 OF MAPS. IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

Commonly Known As: **1624 S. Gramercy Place, Los Angeles, CA 90019**

APN: **5073-015-005**



## ATTACHMENT 7a

Surviving Spouse's ownership interest in the following real property:

### LEGAL DESCRIPTION

PARCEL 1:

THAT PORTION OF LOT 1 OF TRACT NO. 23984, IN THE CITY OF LOS ANGELES, COUNTY OF LOS
ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 857, PAGES 92 AND 93 OF MAPS,
IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, SHOWN AND DEFINED AS UNIT 35 ON
THE CONDOMINIUM PLAN RECORDED FEBRUARY 6, 1976, AS INSTRUMENT NO. 558, RECORDS OF SAID
COUNTY, AS DEFINED IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS
RECORDED NOVEMBER 7, 1975, AS INSTRUMENT NO. 4879, OFFICIAL RECORDS, RECORDS OF SAID
COUNTY, AND FIRST AMENDMENT THERETO RECORDED FEBRUARY 6, 1976, AS INSTRUMENT NO. 557,
OFFICIAL RECORDS.

PARCEL 2:

AN UNDIVIDED .0093 PERCENTAGE INTEREST IN AND TO LOT 1 OF SAID TRACT NO. 23984, IN THE CITY
OF LOS ANGELES, EXCEPT THEREFROM THOSE PORTIONS SHOWN AND DEFINED AS UNITS 1 TO 118
INCLUSIVE ON SAID CONDOMINIUM PLAN AND DEFINED IN SAID DECLARATION OF COVENANTS,
CONDITIONS AND RESTRICTIONS AND THE FIRST AMENDMENT THERETO.

PARCEL 3:

AN EXCLUSIVE EASEMENT FOR PARKING PURPOSES TO BE APPURTENANT TO PARCELS 1 AND 2 ABOVE,
IN, OVER, ACROSS AND THROUGH THAT PORTION OF THE COMMON AREA CONSISTING OF PARKING
AREA NOS. P-72 AND P-73 AND SHOWN AND DESCRIBED ON THE AFOREMENTIONED PARKING AND
STORAGE PLAN.

Commonly Known As: 10590 Wilshire Blvd, Unit 804, Los Angeles, CA 90024

APN: 4326-002-056

## ATTACHMENT 7b

Surviving Spouse's ownership interest in the following real property:

## LEGAL DESCRIPTION

LOT 60, OF ANGELES TRACT, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES. STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 2, PAGES 73 AND 74 OF MAPS. IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

Commonly Known As: **1624 S. Gramercy Place, Los Angeles, CA 90019**

APN: **5073-015-005**

Dated:  November 10, 2021



# EXHIBIT 5




This page is part of your document - DO NOT DISCARD



## 20220615898



Pages:
0003

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

06/09/22 AT 08:00AM

| | |
|---|---|
| FEES: | 30.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 30.00 |






L E A D S H E E T



202206090260054

00022436328



013464466

SEQ:
01

SECURE - 8:00AM





THIS FORM IS NOT TO BE DUPLICATED



Elnaz Houshmand

RECORDING REQUESTED BY
Elnaz Houshmand

AND WHEN RECORDED MAIL DOCUMENT TO:

NAME Elnaz Houshmand

STREET ADDRESS
1624 S. Gramercy Place

CITY, STATE &
ZIP CODE
Los Angeles, Ca 90019

SPACE ABOVE FOR RECORDER'S USE ONLY

Quitclaim Deed

Title of Document

Pursuant to Senate Bill 2 – Building Homes and Jobs Act (GC Code Section 27388.1), effective January 1, 2018, a fee of seventy-five dollars ($75.00) shall be paid at the time of recording of every real estate instrument, paper, or notice required or permitted by law to be recorded, except those expressly exempted from payment of recording fees, per each single transaction per parcel of real property. The fee imposed by this section shall not exceed two hundred twenty-five dollars ($225.00).

☐ Exempt from fee per GC 27388.1 (a) (2); recorded concurrently "in connection with" a transfer subject to the imposition of documentary transfer tax (DTT).

☑ Exempt from fee per GC 27388.1 (a) (2); recorded concurrently "in connection with" a transfer of real property that is a residential dwelling to an owner-occupier.

☐ Exempt from fee per GC 27388.1 (a) (1); fee cap of $225.00 reached.

☐ Exempt from the fee per GC 27388.1 (a) (1); not related to real property.

THIS COVER SHEET ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
($3.00 Additional Recording Fee Applies)

RECORDING REQUESTED BY:
Elnaz Houshmand

MAIL TAX STATEMENTS AND
WHEN RECORDED MAIL TO:
Elnaz Houshmand
1624 S. Gramercy Place
Los Angeles, Ca 90019

Order No.:
Escrow No.:
APN: 5073-015-005

SPACE ABOVE THIS LINE IS FOR RECORDER'S USE

# QUITCLAIM DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S):

DOCUMENTARY TRANSFER TAX IS $ _0.00_____

_____ Computed on full value of property conveyed, or

_____ Computed on full value less liens and encumbrances remaining at time of sale.

_____ Unincorporated area __X__ City of LOS ANGELES

"THIS IS A BONAFIDE GIFT, THE GRANTOR RECEIVED NOTHING IN RETURN, R&T 11911"

For valuable consideration, receipt of which is hereby acknowledged,
TAYYEBEH SHAJARIIZADI, AN UNMARRIED WOMAN

hereby REMISE(S), RELEASE(S) AND QUITCLAIM(S) to
ELNAZ HOUSHMAND, A SINGLE WOMAN

the real property situated in the County of LOS ANGELES _____, State of California, more
particularly described as follows:

Lot 60, of Angeles Tract , in the city of Los Angeles, County of Los Angeles, State of California, as per map recorded in Book 2,
pages 73 and 74 of Maps, in the office of the County Recorder of said county.
APN: 5073-015-005

Dated: June 8, 2022

_Tila_
TAYYEBEH SHAJARIIZADI

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the
document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA                    )
                                       ) SS.
COUNTY OF _Los Angeles_                )

On _6, 8, 2022_ before me, _AFSHIN K HODDAM_____, Notary Public, personally
appeared _Tayyebeh  Shajari'zadi_____,
who proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the
within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies),
and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s)
acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and
correct.

WITNESS my hand and official seal.

Signature _____

AFSHIN KHODDAM
Notary Public - California
Los Angeles County
Commission # 2328029
My Comm. Expires May 11, 2024

# EXHIBIT 6

From: elnaz hooshmand elnazhooshmand@yahoo.com
Subject: Re: Union Bank
Date: Jun 3, 2022 at 1:47:51 PM
To: MortgageAssistance MortgageAssistance@unionbank.com

Dear Ms Karen Wilcox,

Thank you so much for the email. I talked to my mom. She is out of town. She will be
back by the end of the next week and we will take care of it right away and I will keep
you posted. Again I want to thank you for all your help.
Have a wonderful weekend!

Regards,

Elnaz Houshmand

On May 31, 2022, at 12:17 PM, MortgageAssistance
<MortgageAssistance@unionbank.com> wrote:

Hello Elnaz,

Per our discussion today, an unauthorized transfer was completed on the property of 1521 S
Gramercy Place  Los Angeles Ca 90019, which violates the terms of your Note. Please send
verification that the property has been transferred back into your name, so you will be eligible to
be reviewed for workout assistance. The workout assistance are not guaranteed. Please
contact me at 858-457-6486 should you have additional questions or concerns. Thank you.

Karen Wilcox
AVP - Residential/Consumer Lending Servicing
Operations & Technology for the Americas

 UnionBank

MUFG Union Bank, N.A.
9865 Towne Centre Drive
San Diego, CA  92121

A member of MUFG, a global financial group

B1040 (FORM 1040) (12/15)

**RECEIVED**

OCT 17 2023

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

| **ADVERSARY PROCEEDING COVER SHEET** (Instructions on Reverse) | **ADVERSARY PROCEEDING NUMBER** (Court Use Only) |
|---|---|

| **PLAINTIFFS** | **DEFENDANTS** |
|---|---|
| Tayyabeh Shajariizadi | Elnaz houshmand -John pringle, chapter 7 Bankruptcy Trustee |

| **ATTORNEYS** (Firm Name, Address, and Telephone No.) | **ATTORNEYS** (If Known) |
|---|---|
|  | Michelle Marchisotto |

| **PARTY** (Check One Box Only) | **PARTY** (Check One Box Only) |
|---|---|
| ☐ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor   ☒ Other _owner of the property_<br>☐ Trustee | ☒ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor   ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

(1) Declaratory Relief; and
(2) Quiet Title

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property – §542 turnover of property
☐ 12-Recovery of money/property – §547 preference
☐ 13-Recovery of money/property – §548 fraudulent transfer
☐ 14-Recovery of money/property – other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner – §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge – §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability – §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability – §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability – §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability – §523(a)(5), domestic support
☐ 68-Dischargeability – §523(a)(6), willful and malicious injury
☐ 63-Dischargeability – §523(a)(8), student loan
☐ 64-Dischargeability – §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☒ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |
| Other Relief Sought | |

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR **Elnaz Houshmand** | BANKRUPTCY CASE NO. **2:23-bk-10272-BR** | |
| DISTRICT IN WHICH CASE IS PENDING **Los Angeles Bankruptcy court** | DIVISION OFFICE | NAME OF JUDGE **Judge Barry Russell** |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF **Tayyabeh shajariizadi** | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | |
| DATE **10/16/2023** | PRINT NAME OF ATTORNEY (OR PLAINTIFF) **Tile** | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs and Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.